**RE: Melinda Smith's idea**

Evans, Eric (CarnCorp) <EEvans@carnival.com>
Wed 8/12/2015 7:27 PM

To: Marty Wilcox <mwilcox@marinesonic.com>
Cc: 'mps smith' <mps1561@hotmail.com>

Marty,

Thanks for your interest. I will briefly discuss with our HESS staff and get back to you soon.

Regards,
Eric

---

**From:** Marty Wilcox [mailto:mwilcox@marinesonic.com]
**Sent:** Wednesday, August 12, 2015 4:45 PM
**To:** Evans, Eric (CarnCorp)
**Cc:** 'mps smith'
**Subject:** Melinda Smith's idea

Eric,

Melinda Smith came to us with an idea for solving the frightening problem of a "passenger overboard" on a cruise ship. She has established a priority date for patent application and we are helping her with technical guidance.

Her system consists of a small device worn on the wrist or pinned to the clothing, which when activated by the act of falling into the water, would broadcast a signal which would be received by equipment on the ship, triggering the "passenger overboard" alarm on the bridge. The system would broadcast a code which would identify the particular device worn by the passenger, so that their identity would be immediately known. The location of the passenger in the water would be known well enough to indicate to the captain which direction to start a "Williamson turn" to initiate the rescue process. If the passenger is still at or near the surface, the device will continue to emit a signal which will assist with location until rescue is achieved.

We would like to know if such a system is of interest to your company, and if so, we can establish a Non-Disclosure Agreement to enable further discussions.

Sincerely,

Marty Wilcox

Martin H. Wilcox
Principal Research Engineer
Atlas North America
120 Newsome Drive, Suite H
P.O. Box 1309
Yorktown, VA 23692-1309
mwilcox@marinesonic.com
804-693-9602 Office