## Re: Prior emails

**mps smith <mps1561@hotmail.com>**
Wed 2/19/2020 7:31 PM
**To:** Martin Wilcox <martin.wilcox@na-atlas.com>

Is that enough...my name on the in house patent even without any sort of written agreement?

Get Outlook for iOS

*No Response* [handwritten]

---

**From:** Martin Wilcox <martin.wilcox@na-atlas.com>
**Sent:** Wednesday, February 5, 2020 3:38 PM
**To:** mps smith
**Subject:** RE: Prior emails

Melinda,

This e-mail address was shut off for a while recently when the IT people rebuilt our server system, I'm sorry if I missed your most recent…

We have not heard anything from the T-K patent people about our application and as far as I know it has not even been published by the Patent Office . We were told that it was running beyond two years before the review process starts. All I can tell you now is that I put both our names on the original in-house application, and it went into the T-K patent process and they did the actual paperwork and the formal application to the USPTO. I'm now out of the loop and working on other projects, as they don't want to do anything with the MOB project until a patent is issued. If the patent is not granted, they won't go forward, and until we hear from the Patent Office we can only wait and hope.

Marty

---

**From:** mps smith <mps1561@hotmail.com>
**Sent:** Wednesday, February 05, 2020 2:39 PM
**To:** Martin Wilcox <martin.wilcox@na-atlas.com>
**Subject:** Prior emails

Dear Marty,
I hope all is well. I know you are extremely busy but I need your advice. I hope this email address is still good for you. I am hoping you received my email dated January 20, 2020 and my prior email dated August 14, 2019. I have not gotten a response and hope you are able to help me. This is very important to me and I need to know that I am well protected. I have faith in you but now that the big company is involved I need more than a verbal agreement.
Thank you in advance for your help. Melinda
CONFIDENTIALITY STATEMENT: The information in this e-mail is confidential and may be legally privileged. It is intended for the use only of the addressee. If you have received this communication in error, be advised that any dissemination of the email or its attachments is strictly forbidden. If you are not the intended recipient of the email, please erase all copies of the message and its