# thyssenkrupp North America, LLC



**Rob Harmer**
Head of IP – North America
rob.harmer@thyssenkrupp.com
312-525-2791

October 9, 2020

**VIA EMAIL**
johnsonlawcenter@gmail.com

William E. Johnson
Johnson Law Center
6558 Main Street, Suite 6
Gloucester, VA 23061

RE:   Atlas Electronics / Atlas North America / ThyssenKrupp Patent Issue

Dear Mr. Johnson:

I represent ATLAS North America LLC (ATLAS) and am in receipt of your letter of September 11, 2020. I did not prepare or file an application on ATLAS's behalf, but I can see from our records that an application was filed for man overboard technology early in 2019. Unfortunately, the United States Patent and Trademark Office (USPTO) rejected that application, and the application has since been abandoned. Further, please know that Mr. Wilcox did not and will not receive any reward, monetary or otherwise, for his contributions with respect to this patent application.

Very truly yours,

Rob Harmer