---------- Forwarded message ----------
From: **Harmer, Robbie** <rob.harmer@thyssenkrupp.com>
Date: Tue, Oct 27, 2020, 5:35 PM
Subject: RE: ATLAS N.A. Man Overboard Patent Inquiry
To: William Johnson <johnsonlawcenter@gmail.com>

Dear Mr. Johnson,

Unfortunately I am not at liberty to share the information that your client requests. I understand that your client may be curious, but ATLAS is not under any obligation whatsoever to share this information with Ms. Smith—regardless of what Mr. Wilcox may or may not have said previously. Thank you.

Kind regards

Rob Harmer

Head of Intellectual Property – North America

NA/TIS-IPS

T: +1 312 846-0289, rob.harmer@thyssenkrupp.com

thyssenkrupp North America, LLC, 111 W Jackson Blvd., Suite 2400, Chicago, IL 60604, USA,
www.thyssenkrupp-north-america.com

This e-mail (including any attachments) may contain confidential and/or privileged information. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail.