| No. | Name and domicile of Company | Shareholdings in % | Held by No. | Held in % |
|---|---|---|---|---|
| | **List of the thyssenkrupp Group's subsidiaries and equity interests as of September 30, 2019 (ART 313 German Comercial Code)** | | | |
| | **A. Fully consolidated group companies** | | | |
| | ***Algeria*** | | | |
| 1 | Blohm+Voss El Djazair S.a.r.l., Algier, Algeria | 100,00 | 369 | |
| | ***Argentina*** | | | |
| 2 | thyssenkrupp Elevadores S.A., Buenos Aires, Argentina | 100,00 | 382 | 94,98 |
| | | | 35 | 5,02 |
| 3 | thyssenkrupp Industrial Solutions Argentina S.A., Buenos Aires, Argentina | 100,00 | 135 | |
| | ***Australia*** | | | |
| 4 | SONARTECH ATLAS PTY LIMITED, Macquarie Park/New South Wales, Australia | 100,00 | 69 | |
| 5 | thyssenkrupp Elevator Australia Pty. Ltd., Sydney/New South Wales, Australia | 100,00 | 7 | |
| 6 | thyssenkrupp Industrial Solutions (Australia) Pty. Ltd., Perth, Australia | 100,00 | 135 | |
| 7 | thyssenkrupp Lifts Pacific Pty. Ltd., Alexandria/New South Wales, Australia | 100,00 | 119 | |
| 8 | thyssenkrupp Materials Australia Pty. Ltd., Chatswood NSW , Australia | 100,00 | 216 | |
| | ***Bahrain*** | | | |
| 9 | thyssenkrupp Elevator Almoayyed W.L.L., Manama, Bahrain | 70,00 | 119 | |
| | ***Bangladesh*** | | | |
| 10 | thyssenkrupp Elevator (BD) Pvt. Ltd., Dhaka, Bangladesh | 100,00 | 224 | |
| | ***Belgium*** | | | |
| 11 | thyssenkrupp Home Solutions N.V., Gent, Belgium | 100,00 | 102 | 0,07 |
| | | | 312 | 99,93 |
| 12 | thyssenkrupp Liften Ascenseurs S.A., Brussel, Belgium | 100,00 | 119 | 0,00 |
| | | | 120 | 100,00 |
| 13 | thyssenkrupp Materials Belgium N.V., Lokeren, Belgium | 100,00 | 123 | 65,59 |
| | | | 144 | 34,41 |
| 14 | thyssenkrupp Plastics Belgium N.V./S.A., Lokeren, Belgium | 100,00 | 123 | 100,00 |
| | | | 147 | 0,00 |
| 15 | thyssenkrupp Steel Heavy Plate Antwerp N.V., Antwerp, Belgium | 100,00 | 100 | 0,00 |
| | | | 161 | 100,00 |
| | ***Botswana*** | | | |
| 16 | thyssenkrupp Industrial Solutions (Botswana) (Proprietary) Limited, Gaborone, Botswana | 100,00 | 135 | 0,03 |
| | | | 343 | 99,97 |
| | ***Brazil*** | | | |
| 17 | BercoSul Ltda., Hortolandia-São Paulo, Brazil | 100,00 | 21 | 0,00 |
| | | | 238 | 100,00 |
| 18 | RIP Serviços Siderúrgicos Ltda., Rio de Janeiro, Brazil | 100,00 | 30 | |
| 19 | Thyssen Trading S.A., São Paulo, Brazil | 100,00 | 144 | |
| 20 | thyssenkrupp Autômata Industria de Peças Ltda., São Paulo, Brazil | 80,00 | 30 | |
| 21 | thyssenkrupp Brasil Ltda., Diadema, Brazil | 100,00 | 163 | 71,52 |
| | | | 108 | 1,14 |
| | | | 112 | 17,29 |
| | | | 195 | 10,05 |
| 22 | thyssenkrupp Comércio de Combustíveis e Gases Ltda., Rio de Janeiro, Brazil | 99,48 | 145 | |
| 23 | thyssenkrupp Elevadores, S.A., Guaiba, Brazil | 99,78 | 382 | |
| 24 | thyssenkrupp Industrial Solutions Ltda., Diadema-São Paulo, Brazil | 100,00 | 135 | 57,22 |
| | | | 162 | 42,78 |
| 25 | thyssenkrupp Infrastructure Brasil Ltda., Rio de Janeiro, Brazil | 100,00 | 21 | 0,00 |
| | | | 144 | 100,00 |
| 26 | thyssenkrupp Marine Systems do Brasil Indústria e Comércio Ltda. , Moncoes, Brazil | 100,00 | 21 | 1,00 |
| | | | 141 | 99,00 |
| 27 | thyssenkrupp Metalúrgica Campo Limpo Ltda., Campo Limpo Paulista, Brazil | 59,77 | 319 | |
| 28 | thyssenkrupp Metalúrgica Santa Luzia Ltda., Santa Luzia, Brazil | 100,00 | 27 | |
| 29 | thyssenkrupp rothe erde Brazil Participacões Ltda., Diadema, Brazil | 100,00 | 21 | 99,90 |
| | | | 30 | 0,10 |
| 30 | thyssenkrupp Servicos Siderurgicos Ltda., Sao Paulo, Brazil | 100,00 | 21 | 0,00 |
| | | | 144 | 100,00 |
| | ***Brunei*** | | | |
| 31 | thyssenkrupp Industrial Solutions BRN SDN BHD, Brunei, Brunei | 100,00 | 6 | 1,00 |
| | | | 367 | 99,00 |
| | ***Bulgaria*** | | | |
| 32 | Berco Bulgaria EOOD, Apriltsi, Bulgaria | 100,00 | 238 | |
| 33 | Mining Plants & Systems Bulgaria EOOD, Sofia, Bulgaria | 100,00 | 135 | |
| 34 | thyssenkrupp Materials Bulgaria OOD , Sofia, Bulgaria | 80,00 | 144 | |
| | ***Chile*** | | | |
| 35 | thyssenkrupp Elevadores S.A., Santiago de Chile-Nunoa, Chile | 100,00 | 2 | 1,16 |

|    |                                                                                                 |       |     |       |
|----|-------------------------------------------------------------------------------------------------|------:|----:|------:|
|    |                                                                                                 |       | 382 | 98,84 |
| 36 | ThyssenKrupp Industrial Solutions (Chile) Limitada, Santiago de Chile, Chile                    | 100,00 | 135 |  0,10 |
|    |                                                                                                 |       | 426 | 99,90 |
| 37 | thyssenkrupp Steel Chile SpA, Santiago, Chile                                                   | 100,00 | 161 |       |

**China**

|    |                                                                                                    |       |     |
|----|----------------------------------------------------------------------------------------------------|------:|----:|
| 38 | Chengdu thyssenkrupp Fawer Spring Co. Ltd., Chengdu, China                                         | 100,00 |  51 |
| 39 | Defontaine (Qingdao) Machinery Co., Ltd., Jiaonan City, Shandong Province, China                   | 100,00 | 163 |
| 40 | Marohn thyssenkrupp Elevator Co. Ltd., Shanghai, China*                                            |  51,00 |  42 |
| 41 | Thyssen Elevators Co., Ltd., Zhongshan, China                                                      | 100,00 | 119 |
| 42 | thyssenkrupp (China) Ltd., Beijing, China                                                          | 100,00 | 104 |
| 43 | thyssenkrupp Access China Ltd., Shanghai, China                                                    | 100,00 |  42 |
| 44 | thyssenkrupp Aerospace (Suzhou) Co., Ltd., Shanghai, China                                         | 100,00 | 163 |
| 45 | thyssenkrupp Aerospace (Xi'an) Co., Ltd., Xi'an, China                                             | 100,00 | 163 |
| 46 | thyssenkrupp Airport Systems Co. (Zhongshan) Ltd., Zhongshan/Guangdong, China                      | 100,00 |  42 |
| 47 | thyssenkrupp BulkTec (China) Ltd., Beijing, China                                                  | 100,00 |  42 |
| 48 | thyssenkrupp Elevators (Shanghai) Co., Ltd., Shanghai, China                                       | 100,00 |  42 |
| 49 | thyssenkrupp Engine Components (China) Co., Ltd., Nanjing, China                                   | 100,00 | 163 |
| 50 | thyssenkrupp Escalator Co. (China) Ltd., Zhongshan/Guangdong, China                                | 100,00 |  42 |
| 51 | thyssenkrupp Fawer Liaoyang Spring Co., Ltd., Liaoyang/Liaoning, China                             |  60,00 |  42 |
| 52 | thyssenkrupp Industrial Solutions (China) Co., Ltd., Shanghai, China                               | 100,00 |  42 |
| 53 | thyssenkrupp Materials (Shanghai) Co., Ltd., Shanghai, China                                       |  70,00 | 144 |
| 54 | thyssenkrupp Materials Trading Tianjin Co., Ltd. , Tianjin, China                                  | 100,00 | 145 |
| 55 | thyssenkrupp Presta Dalian Co. Ltd., Dalian, China                                                 | 100,00 |  42 |
| 56 | thyssenkrupp Presta Fawer (Changchun) Co. Ltd., Changchun, China                                   |  60,00 | 195 |
| 57 | thyssenkrupp Presta Fawer Changzhou Co., Ltd., Changzhou, China                                    | 100,00 |  56 |
| 58 | thyssenkrupp Presta HuiZhong Shanghai Co., Ltd., Shanghai, China                                   |  60,00 | 195 |
| 59 | thyssenkrupp Presta Shanghai Co. Ltd., Shanghai, China                                             | 100,00 |  42 |
| 60 | thyssenkrupp rothe erde (Xuzhou) Ring Mill Co., Ltd., Xuzhou, China                                | 100,00 | 163 |
| 61 | thyssenkrupp Springs and Stabilizers (Pinghu) Ltd., , China                                        | 100,00 |  42 |
| 62 | thyssenkrupp Steel (Beijing) Co., Ltd., Beijing, China                                             | 100,00 | 320 |
| 63 | thyssenkrupp Steering Changzhou Ltd., Changzhou, China                                             | 100,00 |  42 |
| 64 | thyssenkrupp System Engineering (Shanghai) Co., Ltd., Shanghai, China                              | 100,00 |  42 |
| 65 | thyssenkrupp Uhde Chlorine Engineers (Shanghai) Co., Ltd., Shanghai, China                         | 100,00 | 255 |
| 66 | thyssenkrupp Valvetrain China Ltd., Changzhou, China                                               | 100,00 |  42 |
| 67 | Xuzhou Rothe Erde Slewing Bearing Co., Ltd., Xuzhou, China                                         |  60,00 |  42 |

**Curacao**

|    |                                                      |        |     |
|----|------------------------------------------------------|-------:|----:|
| 68 | Thyssen Sudamerica N.V., Willemstad, Curacao         | 100,00 | 316 |

**Germany**

|    |                                                                                                 |        |     |       |
|----|-------------------------------------------------------------------------------------------------|-------:|----:|------:|
| 69 | ATLAS ELEKTRONIK GmbH, Bremen                                                                   | 100,00 | 163 |       |
| 70 | ATLAS HYDROGRAPHIC GmbH, Bremen                                                                 | 100,00 |  69 |       |
| 71 | B.L.S. Aufzugservice GmbH, Walsrode                                                             | 100,00 | 120 |       |
| 72 | Banter See Vermögensverwaltung GmbH, Düsseldorf                                                 | 100,00 | 154 |       |
| 73 | Becker & Co. GmbH, Neuwied                                                                      | 100,00 |  93 |       |
| 74 | BERCO Deutschland GmbH, Ennepetal                                                               | 100,00 | 163 |       |
| 75 | Blohm + Voss Shipyards & Services GmbH, Hamburg                                                 | 100,00 | 163 |       |
| 76 | CCI Crane Cooperation International Handelsgesellschaft mbH, Essen                              | 100,00 | 104 |       |
| 77 | Dorea Grundstücksverwaltungsgesellschaft mbH & Co. Vermietungs KG, Mainz                        |  94,00 | 104 |       |
| 78 | DSU Beteiligungs-Gesellschaft für Dienstleistungen und Umwelttechnik mbH, Oberhausen            | 100,00 | 146 |       |
| 79 | DWR - Deutsche Gesellschaft für Weißblechrecycling mbH, Andernach                               | 100,00 | 152 |       |
| 80 | EH Güterverkehr GmbH, Duisburg                                                                  | 100,00 | 161 |       |
| 81 | Eisen- und Hüttenwerke AG, Andernach                                                            |  87,98 | 161 |       |
| 82 | ELEG Europäische Lift + Escalator GmbH, Düsseldorf                                              | 100,00 | 119 |       |
| 83 | German Marine Systems GmbH, Hamburg                                                             | 100,00 | 163 |       |
| 84 | GLH GmbH, Essen                                                                                 | 100,00 | 163 |       |
| 85 | Hagenuk Marinekommunikation GmbH, Flintbek                                                      | 100,00 |  69 |       |
| 86 | Howaldtswerke-Deutsche Werft Beteiligungs-GmbH, Kiel                                            | 100,00 | 141 |       |
| 87 | IKL Ingenieurkontor Lübeck GmbH, Kiel                                                           | 100,00 | 141 |       |
| 88 | Jacob Bek Gesellschaft mit beschränkter Haftung, Ulm                                            |  79,96 | 144 |       |
| 89 | KBS Kokereibetriebsgesellschaft Schwelgern GmbH, Duisburg                                       | 100,00 | 161 |       |
| 90 | LiftEquip GmbH Elevator Components, Neuhausen a.d.F.                                            | 100,00 | 120 |       |
| 91 | Max Cochius GmbH, Berlin                                                                        |  75,00 | 144 |       |
| 92 | PSL Wälzlager GmbH, Dietzenbach                                                                 | 100,00 | 375 |       |
| 93 | Rasselstein Verwaltungs GmbH, Neuwied                                                           | 100,00 |  81 | 40,77 |
|    |                                                                                                 |        | 161 | 59,23 |
| 94 | Reisebüro Dr. Tigges Gesellschaft mit beschränkter Haftung, Essen                               | 100,00 | 144 |       |
| 95 | Rheinstahl Union Gesellschaft mit beschränkter Haftung, Düsseldorf                              | 100,00 | 119 |       |
| 96 | SVG Steinwerder Verwaltungsgesellschaft mbH, Hamburg                                            | 100,00 | 163 |       |
| 97 | Tepper Aufzüge GmbH, Münster                                                                    | 100,00 | 120 |       |
| 98 | Thyssen Liegenschaften Verwaltungs- und Verwertungs GmbH & Co. KG Industrie, Essen              | 100,00 | 110 |  5,10 |
|    |                                                                                                 |        | 163 | 94,90 |
| 99 | Thyssen Liegenschaften Verwaltungs- und Verwertungs GmbH & Co. KG Stahl, Essen                  | 100,00 | 110 |  5,10 |
|    |                                                                                                 |        | 131 | 94,90 |

| # | Entity | | Percent | Ref | Value |
|---|---|---|---|---|---|
| 100 | Thyssen Stahl GmbH, Düsseldorf | | 100,00 | 115 | |
| 101 | thyssenkrupp Academy GmbH, Düsseldorf | | 100,00 | 163 | |
| 102 | thyssenkrupp Access Solutions GmbH, Essen | | 100,00 | 119 | |
| 103 | thyssenkrupp Aerospace Germany GmbH, Rodgau, Nieder-Roden | | 100,00 | 144 | |
| 104 | thyssenkrupp AG, Duisburg und Essen | 3) | 100,00 | | |
| 105 | thyssenkrupp AT.PRO tec GmbH, Essen | | 67,10 | 145 | |
| 106 | thyssenkrupp Aufzugswerke GmbH, Neuhausen a.d.F. | | 99,50 | 120 | |
| 107 | thyssenkrupp Aufzüge GmbH, Neuhausen a. d. Fildern | | 100,00 | 121 | |
| 108 | thyssenkrupp Automotive Systems GmbH, Essen | | 100,00 | 163 | |
| 109 | thyssenkrupp Bilstein GmbH, Ennepetal | | 100,00 | 104 | 5,01 |
| | | | | 163 | 94,99 |
| 110 | thyssenkrupp Business Services GmbH, Essen | | 100,00 | 104 | |
| 111 | thyssenkrupp Carbon Components GmbH, Wilsdruff | | 84,64 | 108 | |
| 112 | thyssenkrupp Components Tech GmbH, Essen | | 100,00 | 126 | |
| 113 | thyssenkrupp Components Technology Holding GmbH, Essen | | 100,00 | 163 | |
| 114 | thyssenkrupp DeliCate GmbH, Düsseldorf | | 100,00 | 154 | |
| 115 | thyssenkrupp Dritte Beteiligungsgesellschaft mbH, Duisburg | | 100,00 | 163 | |
| 116 | thyssenkrupp Edelstahl-Service-Center GmbH, Willich | | 100,00 | 144 | |
| 117 | thyssenkrupp Electrical Steel GmbH, Gelsenkirchen | | 99,58 | 100 | 11,96 |
| | | | | 118 | 87,62 |
| 118 | thyssenkrupp Electrical Steel Verwaltungsgesellschaft mbH, Gelsenkirchen | | 100,00 | 161 | 62,46 |
| | | | | 81 | 37,54 |
| 119 | thyssenkrupp Elevator AG, Düsseldorf | | 100,00 | 163 | |
| 120 | thyssenkrupp Elevator Europe Africa GmbH, Essen | | 100,00 | 119 | |
| 121 | thyssenkrupp Elevator Europe Africa Services GmbH, Essen | | 100,00 | 120 | |
| 122 | thyssenkrupp Elevator Holding GmbH, Essen | | 100,00 | 317 | |
| 123 | thyssenkrupp Facilities Services GmbH, Essen | | 100,00 | 144 | |
| 124 | thyssenkrupp Fahrtreppen GmbH, Hamburg | | 100,00 | 120 | |
| 125 | thyssenkrupp Federn GmbH, Hagen | | 100,00 | 104 | 5,01 |
| | | | | 109 | 94,99 |
| 126 | thyssenkrupp Federn und Stabilisatoren GmbH, Hagen | | 100,00 | 163 | |
| 127 | thyssenkrupp Fertilizer Technology GmbH, Dortmund | | 100,00 | 135 | |
| 128 | thyssenkrupp Fünfte Beteiligungsgesellschaft mbH, Essen | | 100,00 | 163 | |
| 129 | thyssenkrupp Gerlach GmbH, Homburg/Saar | | 100,00 | 163 | |
| 130 | thyssenkrupp GfT Gleistechnik GmbH, Essen | | 100,00 | 144 | |
| 131 | thyssenkrupp Grundbesitz Verwaltungs GmbH, Essen | | 100,00 | 104 | |
| 132 | thyssenkrupp Hohenlimburg GmbH, Hagen | | 100,00 | 161 | |
| 133 | thyssenkrupp Hohenlimburg Kompetenzwerkstatt GmbH, Hagen | | 100,00 | 132 | |
| 134 | thyssenkrupp Immobilien Verwaltungs GmbH & Co. KG Stahl, Essen | | 100,00 | 99 | |
| 135 | thyssenkrupp Industrial Solutions AG, Essen | | 100,00 | 163 | |
| 136 | thyssenkrupp Industrials Finance Germany GmbH, Essen | | 100,00 | 163 | |
| 137 | thyssenkrupp Industrials Participations GmbH, Essen | | 100,00 | 163 | |
| 138 | thyssenkrupp Infrastructure GmbH, Essen | | 100,00 | 144 | |
| 139 | thyssenkrupp Intellectual Property GmbH, Essen | | 100,00 | 163 | |
| 140 | thyssenkrupp Management Consulting GmbH, Düsseldorf | | 100,00 | 154 | |
| 141 | thyssenkrupp Marine Systems GmbH, Kiel | | 100,00 | 163 | |
| 142 | thyssenkrupp Materials IoT GmbH, Essen | | 100,00 | 144 | |
| 143 | thyssenkrupp Materials Processing Europe GmbH, Krefeld | | 99,58 | 104 | 4,34 |
| | | | | 144 | 95,24 |
| 144 | thyssenkrupp Materials Services GmbH, Essen | | 99,84 | 104 | |
| 145 | thyssenkrupp Materials Trading GmbH, Essen | | 100,00 | 144 | |
| 146 | thyssenkrupp MillServices & Systems GmbH, Duisburg | | 68,00 | 115 | |
| 147 | thyssenkrupp Plastics GmbH, Essen | | 100,00 | 123 | |
| 148 | thyssenkrupp Presta Chemnitz GmbH, Chemnitz | | 100,00 | 163 | |
| 149 | thyssenkrupp Presta Ilsenburg GmbH, Ilsenburg | | 100,00 | 104 | 5,02 |
| | | | | 163 | 94,98 |
| 150 | thyssenkrupp Presta Mülheim GmbH, Mülheim an der Ruhr | | 100,00 | 104 | 5,01 |
| | | | | 163 | 94,99 |
| 151 | thyssenkrupp Presta Schönebeck GmbH, Schönebeck | | 100,00 | 150 | |
| 152 | thyssenkrupp Rasselstein GmbH, Andernach | | 99,50 | 93 | |
| 153 | thyssenkrupp Regional Investment GmbH, Essen | | 100,00 | 104 | |
| 154 | thyssenkrupp Regional Services Germany GmbH, Essen | | 100,00 | 104 | |
| 155 | thyssenkrupp rothe erde Germany GmbH, Dortmund | | 100,00 | 104 | 5,10 |
| | | | | 163 | 94,90 |
| 156 | thyssenkrupp Schulte GmbH, Essen | | 100,00 | 104 | 6,00 |
| | | | | 144 | 94,00 |
| 157 | thyssenkrupp Senior Experts GmbH, Essen | | 100,00 | 163 | |
| 158 | thyssenkrupp smart steel GmbH, Duisburg | | 100,00 | 115 | |
| 159 | thyssenkrupp Stainless GmbH, Essen | | 100,00 | 144 | |
| 160 | thyssenkrupp Steel Business Services GmbH, Duisburg | | 100,00 | 115 | |
| 161 | thyssenkrupp Steel Europe AG, Duisburg | | 100,00 | 100 | 94,90 |
| | | | | 104 | 5,10 |

| # | Entity | % | Col1 | Col2 |
|---|---|---|---|---|
| 162 | thyssenkrupp System Engineering GmbH, Essen | 100,00 | 163 | |
| 163 | thyssenkrupp Technologies Beteiligungen GmbH, Essen | 100,00 | 104 | |
| 164 | thyssenkrupp Transrapid GmbH, Kassel | 100,00 | 163 | |
| 165 | thyssenkrupp Uhde Chlorine Engineers GmbH, Dortmund | 66,00 | 135 | |
| 166 | thyssenkrupp Uhde Engineering Services GmbH, Haltern am See | 100,00 | 135 | |
| 167 | thyssenkrupp USA Holding AG & Co. KG, Essen | 100,00 | 104 | 90,00 |
| | | | 163 | 10,00 |
| 168 | thyssenkrupp Valvetrain GmbH, Ilsenburg (Harz) | 100,00 | 163 | |
| 169 | thyssenkrupp Vermietungs GmbH, Duisburg | 100,00 | 104 | 5,10 |
| | | | 110 | 94,90 |
| 170 | thyssenkrupp Vierte Beteiligungsgesellschaft mbH, Essen | 100,00 | 104 | |
| 171 | TKMS Business Partnership, Kiel | 100,00 | 141 | 95,00 |
| | | | 211 | 5,00 |
| 172 | Uhde High Pressure Technologies GmbH, Hagen | 100,00 | 135 | |
| 173 | Uhde Inventa-Fischer GmbH, Berlin | 100,00 | 135 | |
| 174 | Uhde Services and Consulting GmbH, Dortmund | 100,00 | 163 | |
| 175 | Vermögensverwaltungsgesellschaft TAUS mbH, Grünwald | 100,00 | 154 | |

**Denmark**

| # | Entity | % | Col1 |
|---|---|---|---|
| 176 | ATLAS Maridan ApS, Rungsted, Denmark | 100,00 | 69 |
| 177 | RIAS A/S, Roskilde, Denmark | 54,15 | 123 |
| 178 | thyssenkrupp Elevator A/S, Glostrup, Denmark | 100,00 | 120 |
| 179 | thyssenkrupp Stål Denmark A/S, Hundested, Denmark | 100,00 | 320 |

**Finland**

| # | Entity | % | Col1 |
|---|---|---|---|
| 180 | ATLAS ELEKTRONIK Finland OY, Espoo, Finland | 100,00 | 69 |
| 181 | thyssenkrupp Aerospace Finland Oy, Jämsä, Finland | 100,00 | 216 |

**France**

| # | Entity | % | Col1 |
|---|---|---|---|
| 182 | Ascenseurs Drieux-Combaluzier S.A.S., Les Lilas, France | 100,00 | 186 |
| 183 | Defontaine S.A., La Bruffière, France | 100,00 | 190 |
| 184 | MGTI SNEV S.A.S., Saint Jeannet, France | 100,00 | 186 |
| 185 | Proxi-Line S.a.r.l., Angers, France | 100,00 | 189 |
| 186 | thyssenkrupp Ascenseurs S.A.S., Angers, France | 100,00 | 189 |
| 187 | thyssenkrupp Automotive Systèmes France S.A.R.L., Sarreguemines, France | 100,00 | 190 |
| 188 | thyssenkrupp Electrical Steel UGO S.A.S., Isbergues, France | 100,00 | 320 |
| 189 | thyssenkrupp Elevator Holding France S.A.S., Puteaux Cedex, France | 100,00 | 190 |
| 190 | thyssenkrupp France S.A.S., Maurepas, France | 100,00 | 317 |
| 191 | thyssenkrupp Industrial Solutions (France) S.A.S., Aix en Provence, France | 100,00 | 190 |
| 192 | thyssenkrupp Materials France S.A.S., Maurepas, France | 100,00 | 190 |
| 193 | thyssenkrupp Mavilor S.A., Villeurbanne, France | 100,00 | 190 |
| 194 | thyssenkrupp Plastics France S.A.S., Mitry-Mory, France | 100,00 | 190 |
| 195 | thyssenkrupp Presta France S.A.S., Florange, France | 100,00 | 190 |
| 196 | thyssenkrupp Steel France S.A.S., Maurepas, France | 100,00 | 320 |
| 197 | thyssenkrupp System Engineering S.A.S., Ensisheim, France | 100,00 | 190 |

**Greece**

| # | Entity | % | Col1 |
|---|---|---|---|
| 198 | Greek Naval Shipyards Holding S.A., Skaramanga, Greece | 100,00 | 86 |

**Great Britain**

| # | Entity | % | Col1 | Col2 |
|---|---|---|---|---|
| 199 | ATLAS ELEKTRONIK UK (Holding) Ltd., Winfrith Newburgh, Great Britain | 100,00 | 69 | |
| 200 | ATLAS ELEKTRONIK UK Ltd., Winfrith Newburgh, Great Britain | 100,00 | 199 | |
| 201 | Hytrac Lifts Ltd., , Great Britain | 100,00 | 216 | |
| 202 | Lift & Engineering Services Ltd., West Midlands, Great Britain | 100,00 | 216 | |
| 203 | Polysius Ltd., Ascot/Berkshire, Great Britain | 100,00 | 216 | |
| 204 | SDV Escalators Ltd. (UK), Skipton, North Yorkshire, Great Britain | 100,00 | 216 | |
| 205 | thyssenkrupp Access Ltd., Stockton-on-Tees, Great Britain | 100,00 | 216 | |
| 206 | thyssenkrupp Aufzüge Ltd., Nottingham, Great Britain | 100,00 | 216 | |
| 207 | thyssenkrupp Automotive (UK) Ltd., Solihull, Great Britain | 100,00 | 216 | |
| 208 | thyssenkrupp Elevator UK Ltd., Nottingham, Great Britain | 100,00 | 206 | |
| 209 | thyssenkrupp Industrial Solutions Oil & Gas Ltd., Port Talbot (Wales), Great Britain | 100,00 | 216 | |
| 210 | thyssenkrupp Mannex UK Ltd., Woking, Great Britain | 100,00 | 216 | |
| 211 | thyssenkrupp Marine Systems LLP, Solihull, Great Britain | 100,00 | 141 | 99,50 |
| | | | 163 | 0,50 |
| 212 | thyssenkrupp Materials (UK) Ltd., Cradley Heath, Great Britain | 100,00 | 216 | |
| 213 | thyssenkrupp Materials UK Holding Ltd., Birmingham, Great Britain | 100,00 | 216 | |
| 214 | thyssenkrupp rothe erde UK Ltd., Peterlee, Great Britain | 100,00 | 216 | |
| 215 | thyssenkrupp System Engineering Ltd., East Grinstead , West Sussex, Great Britain | 100,00 | 216 | |
| 216 | thyssenkrupp UK Plc., Solihull, Great Britain | 100,00 | 153 | 100,00 |
| | | | 163 | 0,00 |

**Guatemala**

| # | Entity | % | Col1 | Col2 |
|---|---|---|---|---|
| 217 | Human Advisory S.A., Guatemala, Guatemala | 100,00 | 299 | 99,98 |
| | | | 300 | 0,02 |
| 218 | thyssenkrupp Elevadores, S.A., Guatemala, Guatemala | 100,00 | 2 | 10,00 |
| | | | 382 | 90,00 |

**Hong Kong**

| # | Entity | % | Col1 |
|---|---|---|---|
| 219 | thyssenkrupp Elevator (HK) Ltd., Hong Kong, Hong Kong | 100,00 | 119 |

*India*

| | | | | |
|---|---|---|---|---|
| 220 | ATLAS ELEKTRONIK India Private Limited, New Delhi, India | 100,00 | 69 | 99,99 |
| | | | 85 | 0,01 |
| 221 | Rothe Erde India Private Ltd., Maharashtra, India | 100,00 | 74 | 0,19 |
| | | | 129 | 8,95 |
| | | | 155 | 72,39 |
| | | | 163 | 0,01 |
| | | | 238 | 18,46 |
| | | | 248 | 0,00 |
| 222 | thyssenkrupp Aerospace India Private Ltd., Bangalore, India | 100,00 | 213 | 0,00 |
| | | | 216 | 100,00 |
| 223 | thyssenkrupp Electrical Steel India Private Ltd., Mumbai/Nashik, India | 100,00 | 117 | 100,00 |
| | | | 188 | 0,00 |
| 224 | thyssenkrupp Elevator (India)  Private Limited, Maharashtra, India | 100,00 | 82 | 0,00 |
| | | | 119 | 100,00 |
| 225 | thyssenkrupp India Private Limited, Mumbai, India | 100,00 | 317 | 100,00 |
| | | | 319 | 0,00 |
| 226 | thyssenkrupp Industrial Solutions (India) Private Limited, Mumbai, India | 80,43 | 135 | |
| 227 | thyssenkrupp Industries India Pvt. Ltd., Pimpri, India | 54,73 | 163 | |
| 228 | thyssenkrupp Marine Systems (India) Private Limited, Haryana, India | 100,00 | 211 | |
| 229 | thyssenkrupp Materials IT Services India Pvt. Ltd., Thane MH, India | 100,00 | 110 | |
| 230 | thyssenkrupp System Engineering India Private Limited, Pune, India | 100,00 | 162 | 99,90 |
| | | | 163 | 0,10 |

*Indonesia*

| | | | | |
|---|---|---|---|---|
| 231 | PT. thyssenkrupp Industrial Solutions Indonesia, Jakarta, Indonesia | 67,00 | 135 | |
| 232 | PT. thyssenkrupp Technologies Indonesia, Jakarta, Indonesia | 94,67 | 119 | |

*Iraq*

| | | | | |
|---|---|---|---|---|
| 233 | The House (Al-Bait) for Metal Technology and Engineering LLC, Bagdad, Iraq | 100,00 | 135 | |
| 234 | Thyssen Erbil for Industrial Services and Elevators Limited, Erbil, Iraq | 100,00 | 135 | |

*Ireland*

| | | | | |
|---|---|---|---|---|
| 235 | thyssenkrupp Elevator Ireland, Ltd., Dublin, Ireland | 100,00 | 206 | |

*Israel*

| | | | | |
|---|---|---|---|---|
| 236 | thyssenkrupp Elevator Israel LP, Rishon Le'zion, Israel | 100,00 | 82 | 49,90 |
| | | | 382 | 49,90 |
| | | | 479 | 0,20 |

*Italia*

| | | | | |
|---|---|---|---|---|
| 237 | Acciai Speciali Terni S.p.A., Terni, Italia | 100,00 | 317 | |
| 238 | Berco S.p.A., Copparo, Italia | 100,00 | 104 | 0,05 |
| | | | 247 | 99,95 |
| 239 | CIAMPI S.r.l., Colico Piano LC , Italia | 100,00 | 245 | |
| 240 | Euroascensori S.r.l. , Mezzolombardo, Italia | 100,00 | 245 | |
| 241 | Röhm Italia S.r.l., Garbagnate Milanese, Italia | 100,00 | 247 | |
| 242 | SIMIA Ascensori S.r.l., Rom, Italia | 100,00 | 245 | |
| 243 | Terninox S.p.A., Terni, Italia | 100,00 | 237 | |
| 244 | thyssenkrupp Electrical Steel Italia S.r.l., Mailand, Italia | 100,00 | 320 | |
| 245 | thyssenkrupp Elevator Italia S.p.A., Mailand, Italia | 100,00 | 247 | |
| 246 | thyssenkrupp Home Solutions S.r.l., Pisa, Italia | 100,00 | 245 | |
| 247 | thyssenkrupp Italia S.r.l., Rom, Italia | 100,00 | 104 | |
| 248 | thyssenkrupp rothe erde Italy S.p.A., Visano, Italia | 100,00 | 247 | |
| 249 | thyssenkrupp System Engineering S.r.l., Turin, Italia | 100,00 | 162 | 2,00 |
| | | | 247 | 98,00 |
| 250 | thyssenkrupp Uhde Chlorine Engineers (Italia) S.R.L., Milan, Italia* | 100,00 | 165 | |

*Japan*

| | | | | |
|---|---|---|---|---|
| 251 | thyssenkrupp Access Japan Co., Ltd., Tokio, Japan | 100,00 | 119 | |
| 252 | thyssenkrupp Japan K.K., Tokyo, Japan | 100,00 | 253 | |
| 253 | thyssenkrupp rothe erde Japan Ltd. , Minato-ku/Tokio, Japan | 100,00 | 135 | |
| 254 | thyssenkrupp Steel Japan GK, Tokyo, Japan | 100,00 | 320 | |
| 255 | thyssenkrupp Uhde Chlorine Engineers (Japan) Ltd., Tokio, Japan | 100,00 | 165 | |

*Jordan*

| | | | | |
|---|---|---|---|---|
| 256 | thyssenkrupp Elevator/Jordan Ltd. Co., Amman, Jordan | 100,00 | 119 | |

*Cambodia*

| | | | | |
|---|---|---|---|---|
| 257 | thyssenkrupp Technologies (Cambodia) Co., Ltd., Phnom Penh, Cambodia | 100,00 | 119 | |

*Canada*

| | | | | |
|---|---|---|---|---|
| 258 | Budcan Holdings Inc., Kitchener/Ontario, Canada | 100,00 | 259 | |
| 259 | thyssenkrupp Canada, Inc. , Calgary/Alberta, Canada | 100,00 | 317 | |
| 260 | thyssenkrupp Elevator Canada Ltd., Toronto/Ontario, Canada | 100,00 | 265 | |
| 261 | thyssenkrupp Finance CA Corp., Ottawa, Canada | 100,00 | 317 | |
| 262 | thyssenkrupp Industrial Solutions (Canada) Inc., Federal Canada , Canada | 100,00 | 317 | |
| 263 | thyssenkrupp Marine Systems Canada, Ltd., Victoria BC, Canada | 100,00 | 69 | |
| 264 | thyssenkrupp Materials CA Ltd., Concord/Ontario, Canada | 100,00 | 429 | |
| 265 | thyssenkrupp Northern Elevator Corp., Scarborough/Ontario, Canada | 100,00 | 259 | |
| 266 | thyssenkrupp Supply Chain Services CA, Inc., Windsor/Ontario, Canada | 100,00 | 259 | |

### Kazakhstan

| | | | |
|---|---|---:|---:|
| 267 | thyssenkrupp Kazlift LLP, Almaty, Kazakhstan | 100,00 | 382 |
| 268 | TOO ThyssenKrupp Central Logistics Construction Offshore and Onshore, Almaty, Kazakhstan | 100,00 | 138 | 99,97 |
| | | | 270 | 0,03 |
| 269 | TOO thyssenkrupp Industrial Solutions Kazakhstan, Almaty, Kazakhstan | 100,00 | 135 |
| 270 | TOO thyssenkrupp Infrastructure, Almaty, Kazakhstan | 100,00 | 138 | 99,00 |
| | | | 350 | 1,00 |
| 271 | TOO thyssenkrupp Plant Construction Kazakhstan , Almaty, Kazakhstan | 100,00 | 269 | 99,00 |
| | | | 272 | 1,00 |
| 272 | TOO thyssenkrupp Plant Engineering Kazakhstan, Almaty, Kazakhstan | 100,00 | 269 | 99,00 |
| | | | 271 | 1,00 |

### Qatar

| | | | |
|---|---|---:|---:|
| 273 | thyssenkrupp Industries and Services Qatar LLC, Doha, Qatar | 100,00 | 119 |

### Colombia

| | | | | |
|---|---|---:|---:|---:|
| 274 | thyssenkrupp Elevadores S.A., Bogota, Colombia | 100,00 | 2 | 1,50 |
| | | | 35 | 1,50 |
| | | | 382 | 94,00 |
| | | | 328 | 1,50 |
| | | | 218 | 1,50 |
| 275 | thyssenkrupp Steel Colombia S.A.S., Bogota, Colombia | 100,00 | 37 |

### Korea, Rep.

| | | | |
|---|---|---:|---:|
| 276 | ATLAS Naval Engineering Company Ltd., Changwon-Si, Korea, Rep. | 100,00 | 69 |
| 277 | thyssenkrupp Elevator (Korea) Ltd., Seoul, Korea, Rep. | 100,00 | 119 |
| 278 | ThyssenKrupp Korea Ltd., Seoul, Korea, Rep. | 100,00 | 371 |
| 279 | thyssenkrupp Materials Korea Company Ltd., Seoul, Korea, Rep. | 70,00 | 144 |

### Croatia

| | | | |
|---|---|---:|---:|
| 280 | thyssenkrupp Dizala d.o.o., Zagreb, Croatia | 100,00 | 120 |

### Kuwait

| | | | |
|---|---|---:|---:|
| 281 | thyssenkrupp Elevator Kuwait Trading Co. WLL., Kuwait, Kuwait | 100,00 | 119 |

### Liechtenstein

| | | | |
|---|---|---:|---:|
| 282 | thyssenkrupp Presta Aktiengesellschaft, Eschen, Liechtenstein | 100,00 | 163 |
| 283 | thyssenkrupp Presta TecCenter AG, Eschen, Liechtenstein | 100,00 | 149 |

### Lithuania

| | | | |
|---|---|---:|---:|
| 284 | UAB thyssenkrupp Infrastructure, Klaipeda, Lithuania | 51,00 | 138 |

### Luxembourg

| | | | |
|---|---|---:|---:|
| 285 | ThyssenKrupp Ascenseurs Luxembourg S.a.r.l., Luxembourg, Luxembourg | 100,00 | 120 |

### Malaysia

| | | | | |
|---|---|---:|---:|---:|
| 286 | Polysius Engineering Sdn. Bhd., Kuala Lumpur, Malaysia | 100,00 | 135 |
| 287 | thyssenkrupp Elevator Malaysia Sdn. Bhd., Selangor, Malaysia | 100,00 | 119 |
| 288 | thyssenkrupp Industrial Solutions (Malaysia) SDN. BHD., Kuala Lumpur, Malaysia | 100,00 | 135 |
| 289 | thyssenkrupp Industries (M) Sdn. Bhd., Kuala Lumpur, Malaysia | 100,00 | 227 |
| 290 | thyssenkrupp Malaysia Sdn. Bhd., Kuala Lumpur, Malaysia | 100,00 | 104 |
| 291 | TK Lif & Eskalator Sdn. Bhd., Shah Alam, Malaysia | 100,00 | 119 | 70,00 |
| | | | 287 | 30,00 |

### Morocco

| | | | | |
|---|---|---:|---:|---:|
| 292 | thyssenkrupp Aerospace Morocco SARL, Casablanca, Morocco | 100,00 | 103 |
| 293 | thyssenkrupp Elevator Maroc S.A.R.L., Casablanca. Marruecos , Morocco | 100,00 | 382 | 100,00 |
| | | | 380 | 0,00 |
| 294 | thyssenkrupp Industrial Solutions Maroc SARL, Mohammedia, Morocco | 100,00 | 135 |

### Mexico

| | | | | |
|---|---|---:|---:|---:|
| 295 | Sidcomex S.A. de C.V., Puebla, Mexico | 100,00 | 144 | 0,01 |
| | | | 301 | 99,99 |
| 296 | thyssenkrupp Automotive Systems de México S.A. de C.V., Puebla, Mexico | 100,00 | 303 | 0,00 |
| | | | 108 | 100,00 |
| 297 | thyssenkrupp Components Technology de México, S.A. de C.V., San Luis Potosi, Mexico | 100,00 | 163 | 0,00 |
| | | | 112 | 100,00 |
| 298 | thyssenkrupp Elevadores, S.A. de C.V., Mexico City, Mexico | 100,00 | 2 | 0,07 |
| | | | 382 | 99,93 |
| 299 | thyssenkrupp Industrial Solutions (Mexico) S.A. de C.V., Mexico City, Mexico | 100,00 | 135 | 99,99 |
| | | | 163 | 0,01 |
| 300 | thyssenkrupp Industrial Solutions Services (Mèxico), S.A. de C.V., Mexico D.F., Mexico | 100,00 | 135 | 0,02 |
| | | | 299 | 99,98 |
| 301 | thyssenkrupp Materials de Mèxico, S.A. de C.V., Puebla, Mexico | 100,00 | 123 | 0,00 |
| | | | 144 | 100,00 |
| 302 | thyssenkrupp Metalúrgica de México S.A. de C.V., Puebla, Mexico | 100,00 | 297 | 100,00 |
| | | | 303 | 0,00 |
| 303 | thyssenkrupp Presta de México S.A. de C.V., Puebla, Mexico | 100,00 | 195 | 50,00 |
| | | | 108 | 50,00 |
| 304 | thyssenkrupp System Engineering, S.A. de C.V., Santiago de Querétaro, Mexico | 100,00 | 163 | 0,00 |
| | | | 162 | 100,00 |

### Monaco

| | | | |
|---|---|---:|---:|
| 305 | Compagnie des Ascenseurs et Elevateurs S.A.M. 'CASEL SAM', Monaco, Monaco | 100,00 | 186 |

| | | | |
|---|---|---|---|
| ***Mozambique*** | | | |
| 306  thyssenkrupp Industrial Solutions (Mozambique) Limitada, Maputo Cidade, Moszmbique | 100,00 | 343 | |
| ***Myanmar*** | | | |
| 307  thyssenkrupp Elevator Myanmar Limited, Yangon, Myanmar | 100,00 | 366 | 99,00 |
| | | 313 | 1,00 |
| ***New Zealand*** | | | |
| 308  thyssenkrupp Elevator New Zealand Ltd., Auckland, New Zealand | 100,00 | 5 | |
| ***Netherland*** | | | |
| 309  B.V. Stuwadoors-Maatschappij Kruwal, Rotterdam, Netherland | 75,00 | 322 | 50,00 |
| | | 161 | 25,00 |
| 310  Ertsoverslagbedrijf Europoort C.V., Rotterdam, Netherland | 75,25 | 161 | 24,75 |
| | | 309 | 0,99 |
| | | 322 | 49,50 |
| 311  SkyLift B.V., Barneveld, Netherland | 100,00 | 315 | 0,06 |
| | | 312 | 99,94 |
| 312  thyssenkrupp Elevator B.V., Veghel, Netherland | 100,00 | 313 | |
| 313  thyssenkrupp Elevator International Holding B.V., Roermond, Netherland | 100,00 | 317 | |
| 314  ThyssenKrupp Gebouwen B.V., Veghel, Netherland | 100,00 | 144 | |
| 315  thyssenkrupp Liften B.V., Krimpen aan den IJssel, Netherland | 100,00 | 312 | |
| 316  thyssenkrupp Materials Nederland B.V., Amsterdam, Netherland | 100,00 | 313 | |
| 317  thyssenkrupp Nederland Holding B.V., Roermond, Netherland | 100,00 | 104 | |
| 318  thyssenkrupp Netherlands Project B.V., Veghel, Netherland | 100,00 | 163 | |
| 319  thyssenkrupp Participations B.V., Veghel, Netherland | 100,00 | 317 | |
| 320  thyssenkrupp Second Participations B.V., Veghel, Netherland | 100,00 | 163 | |
| 321  thyssenkrupp Stairlifts B.V., Krimpen aan den Ijssel, Netherland | 100,00 | 312 | |
| 322  thyssenkrupp Veerhaven B.V., Rotterdam, Netherland | 100,00 | 320 | |
| ***Norway*** | | | |
| 323  thyssenkrupp Aufzüge Norge A/S, Oslo, Norway | 100,00 | 120 | |
| 324  thyssenkrupp Elevator A/S, Oslo, Norway | 100,00 | 323 | |
| 325  thyssenkrupp Rulletrapper A/S, Oslo, Norway | 100,00 | 323 | |
| ***Panama*** | | | |
| 326  thyssenkrupp Elevadores S.A., Panama, Panama | 100,00 | 382 | |
| ***Paraguay*** | | | |
| 327  thyssenkrupp Elevadores, S.R.L., Asunción, Paraguay | 100,00 | 382 | 100,00 |
| | | 2 | 0,00 |
| ***Peru*** | | | |
| 328  thyssenkrupp Elevadores S.A.C., Lima, Peru | 100,00 | 382 | 99,81 |
| | | 2 | 0,19 |
| 329  thyssenkrupp Industrial Solutions (Peru) S.A., Arequipa, Peru | 100,00 | 3 | 0,01 |
| | | 135 | 99,01 |
| | | 299 | 0,98 |
| ***Poland*** | | | |
| 330  ThyssenKrupp Elevator Sp. z o.o., Warsaw, Poland | 100,00 | 120 | |
| 331  ThyssenKrupp GfT Polska Sp. z o.o., Krakow, Poland | 100,00 | 130 | |
| 332  thyssenkrupp Group Services Gdansk Sp. z o.o., Gdansk, Poland | 100,00 | 110 | |
| 333  thyssenkrupp Materials Poland S.A., Torun, Poland | 90,00 | 144 | |
| 334  thyssenkrupp Materials Processing Europe Sp. z o.o., Dabrowa Górnicza, Poland | 100,00 | 143 | |
| 335  ThyssenKrupp Presta SteerTec Poland Sp.z o.o., Meseritz, Poland | 100,00 | 150 | |
| ***Portugal*** | | | |
| 336  PALMETAL Armazenagem e Servicos S.A., Palmela, Portugal | 90,00 | 389 | |
| 337  thyssenkrupp Elevadores, S.A., Lissabon, Portugal | 100,00 | 382 | |
| ***Puerto Rico*** | | | |
| 338  Carolina Building Materials, Inc., Carolina, Puerto Rico | 100,00 | 145 | |
| 339  thyssenkrupp Elevator Inc., San Juan, Puerto Rico | 100,00 | 422 | |
| ***Rep. South Africa*** | | | |
| 340  Ninafor (Pty) Ltd., Menlo Park, Rep. South Africa | 0,00 2) | 343 | |
| 341  The Umvuso Education Trust, Sunninghill Johannesburg, Rep. South Africa | 0,00 2) | 343 | |
| 342  thyssenkrupp Elevator (South Africa) (Pty.) Ltd., Johannesburg, Rep. South Africa | 100,00 | 119 | |
| 343  thyssenkrupp Industrial Solutions (Africa)(Pty) Ltd., Sunninghill, Rep. South Africa | 100,00 | 135 | |
| 344  thyssenkrupp Industrial Solutions South Africa (Pty) Ltd., Sunninghill, Rep. South Africa | 70,00 | 343 | |
| ***Romania*** | | | |
| 345  thyssenkrupp Bilstein S.A., Sibiu, Romania | 100,00 | 125 | 0,18 |
| | | 109 | 99,82 |
| 346  thyssenkrupp Elevator SRL, Bucharest, Romania | 100,00 | 382 | |
| 347  thyssenkrupp Materials Romania S.R.L., Bucharest, Romania | 100,00 | 144 | |
| ***Russia*** | | | |
| 348  OOO thyssenkrupp Elevator, Moscow, Russia | 100,00 | 120 | |
| 349  OOO thyssenkrupp Industrial Solutions (RUS), Dzerzhinsk, Russia | 100,00 | 135 | |
| 350  OOO thyssenkrupp Infrastructure, St. Petersburg, Russia | 100,00 | 270 | 4,00 |
| | | 138 | 96,00 |
| 351  OOO thyssenkrupp System Engineering,  Kaluga, Russia | 100,00 | 162 | |
| 352  thyssenkrupp rothe erde RUS LLC, Moscow, Russia | 100,00 | 375 | 99,00 |

|  |  |  |  |
|---|---:|---:|---:|
|  |  | 92 | 1,00 |
| **Saudi Arabia** |  |  |  |
| 353  thyssenkrupp Saudi Arabia Contracting Company Limited, Riyadh, Saudi Arabia | 100,00 | 197 | 5,00 |
|  |  | 191 | 95,00 |
| 354  thyssenkrupp Saudi Arabia Limited, Riyadh, Saudi Arabia | 100,00 | 120 | 90,00 |
|  |  | 95 | 10,00 |
| 355  Uhde Arabia Ltd., Al-Khobar, Saudi Arabia | 60,00 | 135 |  |
| **Sweden** |  |  |  |
| 356  thyssenkrupp Elevator Sverige AB, Stockholm, Sweden | 100,00 | 323 |  |
| **Switzerland** |  |  |  |
| 357  Maerz Ofenbau AG, Zurich, Switzerland | 100,00 | 135 |  |
| 358  Neomat AG, Beromünster/Luzern, Switzerland | 100,00 | 316 |  |
| 359  Notz Plastics AG, Brügg, Switzerland | 100,00 | 316 |  |
| 360  thyssenkrupp Aufzüge AG, Rümlang, Switzerland | 100,00 | 186 | 14,16 |
|  |  | 120 | 85,84 |
| 361  thyssenkrupp Materials Schweiz AG, Wil, Switzerland | 100,00 | 144 |  |
| 362  thyssenkrupp Steel Switzerland AG, Bronschhofen, Switzerland | 100,00 | 320 |  |
| 363  Trapo Küng AG, Zwingen, Switzerland | 100,00 | 360 |  |
| 364  Uhde Inventa-Fischer AG, Domat / Ems, Switzerland | 100,00 | 135 |  |
| **Serbia** |  |  |  |
| 365  ThyssenKrupp Materials d.o.o., Indjija, Serbia | 100,00 | 144 |  |
| **Singapore** |  |  |  |
| 366  thyssenkrupp Elevator (Singapore) Pte.Ltd., Singapore, Singapore | 100,00 | 371 |  |
| 367  thyssenkrupp Industrial Solutions (Asia Pacific) Pte. Ltd., Singapore, Singapore | 100,00 | 371 |  |
| 368  thyssenkrupp Innovations Pte. Ltd., Singapore, Singapore | 100,00 | 371 |  |
| 369  thyssenkrupp Marine Systems (Singapore) Pte. Ltd., Singapore, Singapore | 100,00 | 371 |  |
| 370  thyssenkrupp Materials Trading Asia Pte. Ltd., Singapore, Singapore | 100,00 | 371 |  |
| 371  thyssenkrupp Singapore Pte. Ltd., Singapore, Singapore | 100,00 | 104 |  |
| 372  thyssenkrupp Steel Singapore Pte. Ltd., Singapore, Singapore | 100,00 | 320 |  |
| **Slovakia** |  |  |  |
| 373  thyssenkrupp Industrial Solutions (Slovakia) s.r.o. i.L., Bratislava, Slovakia | 100,00 | 166 | 85,00 |
|  |  | 135 | 15,00 |
| 374  thyssenkrupp Materials Slovakia spol. s r.o., Nové Zámky, Slovakia | 100,00 | 144 |  |
| 375  thyssenkrupp rothe erde Slovakia a.s., Povazská Bystrica, Slovakia | 100,00 | 155 |  |
| 376  ThyssenKrupp Vytahy s.r.o., Bratislava, Slovakia | 98,87 | 451 |  |
| 377  ThyssenKrupp-Dopravné Stavby Slovensko s.r.o., Bratislava, Slovakia | 51,00 | 130 |  |
| **Slowenia** |  |  |  |
| 378  thyssenkrupp dvigala d.o.o., Trzin, Slowenia | 100,00 | 451 |  |
| **Spain** |  |  |  |
| 379  Defontaine Ibérica S.A.U., Viana, Spain | 100,00 | 183 |  |
| 380  Grupo thyssenkrupp S.L., Madrid, Spain | 100,00 | 317 |  |
| 381  thyssenkrupp Airport Solutions, S.A., Mieres/Oviedo, Spain | 100,00 | 382 | 100,00 |
|  |  | 390 | 0,00 |
| 382  thyssenkrupp Elevadores, S.L.U., Madrid, Spain | 100,00 | 380 |  |
| 383  thyssenkrupp Elevator Innovation Center, S.A., Mieres/Oviedo, Spain | 100,00 | 390 |  |
| 384  thyssenkrupp Elevator Manufacturing Spain S.L.U., Mostoles, Spain | 100,00 | 382 |  |
| 385  thyssenkrupp Galmed S.L., Sagunto, Spain | 100,00 | 320 |  |
| 386  thyssenkrupp Industrial Solutions S.A.U., Madrid, Spain | 100,00 | 380 |  |
| 387  thyssenkrupp Materials Ibérica S.A., Martorelles, Spain | 100,00 | 380 |  |
| 388  thyssenkrupp Materials Processing Europe, S.L., Valencia, Spain | 100,00 | 380 |  |
| 389  thyssenkrupp Materials Processing Lamincer S.A., Munguia, Spain | 100,00 | 144 |  |
| 390  thyssenkrupp Norte S.A., Mieres/Oviedo, Spain | 100,00 | 380 | 66,30 |
|  |  | 382 | 33,70 |
| 391  thyssenkrupp Plastic Ibérica SL, Massalfassar (Valencia), Spain | 100,00 | 380 |  |
| 392  thyssenkrupp Rothe Erde Spain S.A., Zaragoza, Spain | 100,00 | 380 |  |
| 393  thyssenkrupp Steel Ibérica S.L., Martorelles, Spain | 100,00 | 320 |  |
| 394  thyssenkrupp System Engineering S.A., Barcelona, Spain | 100,00 | 380 |  |
| **Taiwan** |  |  |  |
| 395  Sun Rich Elevator Co., Ltd., Taipei, Taiwan | 100,00 | 119 |  |
| 396  thyssenkrupp Elevator (Taiwan) Co., Ltd., Taipei, Taiwan | 100,00 | 119 |  |
| **Thailand** |  |  |  |
| 397  Atlas Naval Support Centre (Thailand) Limited, Bangkok, Thailand | 100,00 | 69 |  |
| 398  thyssenkrupp Elevator (Thailand) Co., Ltd., Bangkok, Thailand | 100,00 | 82 | 0,00 |
|  |  | 119 | 100,00 |
| 399  thyssenkrupp Industrial Solutions (Thailand) Ltd., Bangkok, Thailand | 48,38 | 6 |  |
| 400  thyssenkrupp Materials (Thailand) Co., Ltd., Bangkok, Thailand | 100,00 | 144 | 49,00 |
|  |  | 401 | 51,00 |
| 401  thyssenkrupp Materials Holding (Thailand) Ltd., Samut Prakarn Province, Thailand | 100,00 | 144 | 49,00 |
|  |  | 400 | 51,00 |
| **Czech Republic** |  |  |  |
| 402  thyssenkrupp Materials Czechia spol. s r.o., Prague, Czech Republic | 100,00 | 144 |  |
| 403  ThyssenKrupp Vytahy s.r.o., Prague, Czech Republic | 100,00 | 120 |  |

***Tunesia***
|   |   |   |   |
|---|---|---|---|
| 404 Defontaine Tunisie S.A., Ben Arous, Tunesia | 67,00 | 183 |  |
| 405 thyssenkrupp Aerospace Tunisia S.A.R.L., Fouchana, Tunesia | 99,98 | 192 |  |

***Turkey***
|   |   |   |   |
|---|---|---|---|
| 406 thyssenkrupp Asansör Sanayi ve Tic. A.S., Istanbul, Turkey | 100,00 | 119 | 17,09 |
|  |  | 120 | 35,55 |
|  |  | 382 | 47,35 |
| 407 thyssenkrupp Marin Sistem Gemi Sanayi ve Ticaret A.S., Ankara, Turkey | 100,00 | 141 |  |
| 408 thyssenkrupp Materials Turkey Metal Sanayi ve Ticaret A.S., Istanbul, Turkey | 100,00 | 144 |  |

***Hungary***
|   |   |   |
|---|---|---|
| 409 thyssenkrupp Components Technology Hungary Kft., Budapest, Hungary | 100,00 | 150 |
| 410 thyssenkrupp Lift Kft, Budapest, Hungary | 100,00 | 451 |
| 411 thyssenkrupp Materials Hungary Zrt., Budapest, Hungary | 100,00 | 144 |

***Uruguay***
|   |   |   |   |
|---|---|---|---|
| 412 thyssenkrupp Elevadores, S.R.L., Montevideo, Uruguay | 100,00 | 2 | 5,00 |
|  |  | 382 | 95,00 |

***USA***
|   |   |   |
|---|---|---|
| 413 ATLAS North America, LLC., Yorktown, USA | 100,00 | 69 |
| 414 Berco of America Inc., Waukesha/Wisconsin, USA | 100,00 | 432 |
| 415 O`Keefe Elevator Company, Inc., Nebraska/Omaha, USA | 100,00 | 422 |
| 416 thyssenkrupp Access Corp., Kansas City/Missouri, USA | 100,00 | 432 |
| 417 thyssenkrupp Airport Systems Inc., Fort Worth/Texas, USA | 100,00 | 432 |
| 418 thyssenkrupp Automotive Systems of America. LLC, Wilmington/Delaware, USA | 100,00 | 432 |
| 419 thyssenkrupp Bilstein of America Inc., San Diego/California, USA | 100,00 | 432 |
| 420 thyssenkrupp Crankshaft Co. LLC, Danville/Illinois, USA | 100,00 | 432 |
| 421 thyssenkrupp Elevator Americas Corp., Wilmington/Delaware, USA | 100,00 | 432 |
| 422 thyssenkrupp Elevator Corp., Wilmington/Delaware, USA | 100,00 | 421 |
| 423 thyssenkrupp Elevator Manufacturing Inc., Wilmington/Delaware , USA | 100,00 | 422 |
| 424 thyssenkrupp Elevator USA Holding, Inc., Chicago/ Il., USA | 100,00 | 104 |
| 425 thyssenkrupp Finance USA, Inc., Wilmington, Delaware, USA | 100,00 | 432 |
| 426 thyssenkrupp Industrial Solutions (USA), Inc., Milwaukee/Wisconsin, USA | 100,00 | 432 |
| 427 thyssenkrupp Logistics, Inc., Southfield/Michigan, USA | 100,00 | 429 |
| 428 thyssenkrupp Materials Finance USA LLC, East Lansing, USA | 100,00 | 430 |
| 429 thyssenkrupp Materials NA, Inc., Southfield/Michigan, USA | 100,00 | 432 |
| 430 thyssenkrupp Materials USA Holding LLC, East Lansing, USA | 100,00 | 432 |
| 431 thyssenkrupp Materials, LLC, Southfield/Michigan, USA | 100,00 | 429 |
| 432 thyssenkrupp North America, Inc., Dover/Delaware, USA | 100,00 | 424 |
| 433 thyssenkrupp OnlineMetals, LLC, Southfield/Michigan, USA | 100,00 | 429 |
| 434 thyssenkrupp Presta Danville, LLC, Danville/Illinois, USA | 100,00 | 432 |
| 435 thyssenkrupp Presta North America, LLC, Terre Haute/Indiana, USA | 100,00 | 432 |
| 436 thyssenkrupp Real Estate North America LLC, Chicago, Il, USA | 100,00 | 432 |
| 437 thyssenkrupp rothe erde USA Inc., Aurora/Ohio, USA | 100,00 | 432 |
| 438 thyssenkrupp Steel North America, Inc., Dover/Delaware, USA | 100,00 | 320 |
| 439 thyssenkrupp Supply Chain Services NA, Inc., Southfield/Michigan, USA | 100,00 | 429 |
| 440 thyssenkrupp System Engineering, Inc., Auburn Hills/Michigan, USA | 100,00 | 432 |
| 441 thyssenkrupp Uhde Chlorine Electrolysis (USA) Inc., Wilmington/Delaware, USA | 100,00 | 255 |

***United Arab Emirates***
|   |   |   |
|---|---|---|
| 442 ATLAS ELEKTRONIK L.L.C., Abu-Dhabi, United Arab Emirates | 49,00 | 69 |
| 443 thyssenkrupp Elevator L.L.C., Abu Dhabi, United Arab Emirates | 49,00 | 119 |
| 444 thyssenkrupp Elevator UAE (L L C), Dubai, United Arab Emirates | 100,00 | 119 |

***Vietnam***
|   |   |   |
|---|---|---|
| 445 thyssenkrupp Elevator Vietnam Co., Ltd., Hanoi, Vietnam | 100,00 | 119 |
| 446 thyssenkrupp Industrial Solutions (Vietnam) Ltd., Hanoi, Vietnam | 100,00 | 135 |
| 447 thyssenkrupp Materials Vietnam LLC, Ho-Chi-Minh City, Vietnam | 100,00 | 144 |

***Egypt***
|   |   |   |   |
|---|---|---|---|
| 448 thyssenkrupp Elevator - Egypt S.A.E., Cairo, Egypt | 100,00 | 95 | 0,00 |
|  |  | 382 | 57,74 |
|  |  | 119 | 42,26 |
| 449 thyssenkrupp Industrial Solutions Egypt Company (S.A.E.), Cairo, Egypt | 100,00 | 135 |  |

***Austria***
|   |   |   |
|---|---|---|
| 450 Rhenus Immobilien Gesellschaft m.b.H., Vienna, Austria | 100,00 | 452 |
| 451 thyssenkrupp Aufzüge Gesellschaft m.b.H., Vienna, Austria | 100,00 | 313 |
| 452 thyssenkrupp Austria Beteiligungs GmbH, Vienna, Austria | 100,00 | 454 |
| 453 thyssenkrupp Austria GmbH, Vienna, Austria | 100,00 | 104 |
| 454 thyssenkrupp Austria GmbH & Co. KG, Vienna, Austria | 100,00 | 104 |
| 455 thyssenkrupp Materials Austria GmbH, Vienna, Austria | 100,00 | 452 |

**B. Companies consolidated per quota (*=Joint Venture)**

***Germany***
|   |   |   |
|---|---|---|
| 456 Hüttenwerke Krupp Mannesmann GmbH, Duisburg* | 50,00 | 161 |

| C. Equity stated companies (*=Joint Ventures) | | | | |
|---|---|---|---|---|
| *Belgium* | | | | |
| 457 Haeger & Schmidt Logistics Belgium N.V., Antwerp, Belgium | | 38,54 | 161 | |
| *China* | | | | |
| 458 JTA Technology (Hangzhou) Co. Ltd. , Hangzhou, China* | | 34,00 | 161 | |
| 459 TKAS (Chongqing) Auto Steel Co., Ltd., Chongqing, China* | | 12,50 | 161 | |
| 460 TKAS Auto Steel Company Limited, Dalian, Liaoning Province, China* | | 50,00 | 161 | |
| *Germany* | | | | |
| 461 BOBBY&CARL GmbH, Düsseldorf* | | 50,00 | 104 | |
| 462 COMUNITHY Immobilien GmbH, Düsseldorf | | 49,00 | 110 | |
| 463 HFS Hotforming Solutions GmbH, Schwalbach* | | 50,00 | 162 | |
| 464 Kreislaufsystem Blechverpackungen Stahl GmbH (KBS), Düsseldorf | | 40,00 | 152 | |
| 465 MTG Marinetechnik GmbH, Hamburg | | 49,00 | 141 | 39,00 |
| | | | 69 | 10,00 |
| 466 Walzen-Service-Center GmbH, Oberhausen* | | 50,00 | 161 | |
| *Finland* | | | | |
| 467 Polarputki Oy, Helsinki, Finland* | | 50,00 | 144 | |
| *Greece* | | | | |
| 468 Advanced Lithium Systems Europe S.A., Attica, Greece | | 49,00 | 69 | |
| *Italia* | | | | |
| 469 Euroacciai S.p.A., Brescia, Italia | | 30,25 | 237 | |
| 470 Ilserv S.r.l., Terni, Italia | | 35,00 | 237 | |
| 471 Terni Frantumati S.p.A., Terni, Italia | | 21,00 | 237 | |
| *Qatar* | | | | |
| 472 Blohm & Voss German Naval Technology LLC, Doha, Qatar* | | 40,00 | 141 | |
| *Korea, Rep.* | | | | |
| 473 KEPCO-Uhde Inc., Seoul, Korea, Rep. * | | 26,93 | 135 | |
| *Norway* | | | | |
| 474 KTA Naval Systems AS, Kongsberg, Norway* | | 50,00 | 141 | 16,67 |
| | | | 69 | 33,33 |
| *Puerto Rico* | | | | |
| 475 Aceros de America Inc., San Juan, Puerto Rico* | | 50,00 | 145 | |
| *Rep. South Africa* | | | | |
| 476 CybiCOM ATLAS Defence Ltd., Capetown, Rep. South Africa | | 40,00 | 69 | |
| *Singapore* | | | | |
| 477 Leong Jin Corporation Pte. Ltd., Singapore, Singapore | | 30,00 | 144 | |
| *USA* | | | | |
| 478 Braun thyssenkrupp Elevator LLC, Madison/Wisconsin, USA* | | 50,00 | 422 | |

| | Equity in TEUR | Profit (+) / Loss(-) in TEUR | Shareholdings in (%) | Held by No. | Held in % |
|---|---|---|---|---|---|
| D. Non consolidated companies | | | | | |
| *Israel* | | | | | |
| 479 thyssenkrupp Elevator (Management) Ltd., Rishon Le'zion, Israel | 16 | 0 | 100,00 | 382 | 50,00 |
| | | | | 82 | 50,00 |
| *Romania* | | | | | |
| 480 Maerz Ofenbau SRL, Timisoara, Romania | 387 | 33 1) | 100,00 | 357 | |
| *Czech Republic* | | | | | |
| 481 ThyssenKrupp Industrial Solutions (CZ) s.r.o., Brno, Czech Republic | 389 | 108 1) | 100,00 | 135 | |
| E. Other associated affiliates (*=Joint Ventures) | | | | | |
| *Germany* | | | | | |
| 482 Arsol Aromatics GmbH & Co. KG, Gelsenkirchen | | | 21,71 | 161 | |
| 483 ET Marinesysteme GmbH i.L., Wilhelmshaven* | | | 50,00 | 69 | |
| 484 Gewerkschaft Hermann V GmbH, Essen | | | 33,33 | 115 | |
| 485 Grundstücksgesellschaft Schlossplatz 1 mbH & Co.KG, Berlin | | | 20,00 | 104 | |
| 486 NORA Grundstücks-Vermietungsgesellschaft mbH & Co. Objekt Gelsenkirchen KG, Düsseldorf | | | 94,76 | 98 | |
| *India* | | | | | |
| 487 Indo German International Private Ltd., New Delhi, India | | | 43,72 | 145 | |
| *Japan* | | | | | |
| 488 JEVISE Corporation, Tokyo, Japan* | | | 50,00 | 161 | |
| *Portugal* | | | | | |
| 489 LISNAVE-ESTALEIROS NAVAIS S.A., Lissabon, Portugal | | | 20,00 | 163 | |
| F. Other associated companies | | | | | |
| *Brazil* | | | | | |
| 490 Susin, Francescutti Metalurgica Ltda., Bairro Pioneiro-Caxias do Sul, Brazil | | | 12,50 | 27 | |
| *China* | | | | | |
| 491 BCCW (Tangshan) Jiahua Coking & Chemical Co., Ltd. i.L., Tangshan, China | | | 25,00 | 145 | |

**Deutschland**

| | | | | |
|---|---|---|---:|---:|---:|
| 492 | BELASTAHL Außenhandel GmbH, Berlin | | 10,00 | 145 | |
| 493 | Gesellschaft für Wirtschaftsförderung Duisburg mbH -GFW Duisburg-, Duisburg | | 10,00 | 104 | 7,50 |
| | | | | 161 | 2,50 |
| 494 | Hamburgische Schiffbau-Versuchsanstalt GmbH, Hamburg | | 20,42 | 141 | |
| 495 | Holcim HüttenZement GmbH, Dortmund | | 25,01 | 161 | |
| 496 | inpro Innovationsgesellschaft für fortgeschrittene Produktionssysteme in der Fahrzeugindustrie mbH, Berlin | | 14,29 | 163 | |
| 497 | LEWA Attendorn GmbH, Olpe | | 19,20 | 161 | 4,00 |
| | | | | 104 | 15,20 |
| 498 | PEAG Holding GmbH, Dortmund | | 13,72 | 104 | |

**France**

| | | | | |
|---|---|---|---:|---:|
| 499 | Bionext S.A.S., Venette, France | | 19,18 | 135 |

**Spain**

| | | | | |
|---|---|---|---:|---:|
| 500 | Thyssen Ros Casares S.A. i.L., Valencia, Spain | | 50,00 | 143 |

1) Yearend closing other than 09/30
2) included due to IFRS
3) head of group