# List of Selected Search Result Documents

9/14/2023 09:51:5 AM

| # | Doc ID | Date Published | Title | Image Pages |
|---|---|---|---|---|
| 1 | US-20230177417-A1 | 2023-06-08 | SYSTEM AND MEETHOD FOR UNDERWATER OBJECT DETECTION WITH LAW ENFORCEMENT ALERT AND EXTERNAL AGENCY NOTIFICATION | 12 |
| 2 | US-20230174205-A1 | 2023-06-08 | RESCUE METHOD AND SYSTEM FOR MAN OVERBOARD WITH REMOTE MONITORING | 10 |
| 3 | US-20230025224-A1 | 2023-01-26 | Beacon Location Estimation | 18 |
| 4 | US-20220144429-A1 | 2022-05-12 | FLIGHT-ENABLED SIGNAL BEACON | 45 |
| 5 | US-20220089259-A1 | 2022-03-24 | METHOD AND APPARATUS FOR WATER SPORTS AUTOMATION AND ENHANCED SITUATIONAL AWARENESS | 26 |
| 6 | US-20220080480-A1 | 2022-03-17 | SEQUESTERING BIOMASS IN WATER | 41 |
| 7 | US-20220058932-A1 | 2022-02-24 | MAN OVER BOARD DETECTION SYSTEM | 10 |
| 8 | US-20210287318-A1 | 2021-09-16 | Method and System for Managing an Emergency | 57 |
| 9 | US-20210098143-A1 | 2021-04-01 | OFFSHORE AND MARINE VESSEL-BASED NUCLEAR REACTOR CONFIGURATION, DEPLOYMENT AND OPERATION | 316 |
| 10 | US-10933388-B1 | 2021-03-02 | H20-oxygenation method and oxygenated live well | 45 |
| 11 | US-20200235607-A1 | 2020-07-23 | UNINTERRUPTIBLE POWER OVER ETHERNET TECHNOLOGY FOR REAL WORLD ENVIRONMENTS | 61 |
| 12 | US-20200220248-A1 | 2020-07-09 | Overboard Tracking Patch | 21 |
| 13 | US-20190098723-A1 | 2019-03-28 | High Capacity Flexible Lighting Fixture, System and Method | 79 |
| 14 | US-20190098725-A1 | 2019-03-28 | Universal Solid State Lighting System | 64 |
| 15 | US-20190054986-A1 | 2019-02-21 | Fender with Enhanced Functionality | 55 |
| 16 | US-20180265218-A1 | 2018-09-20 | GROUND PROXIMITY WARNING SYSTEM FOR AN AIRCRAFT, ASSOCIATED AVIONICS AND METHOD | 12 |
| 17 | US-10055648-B1 | 2018-08-21 | Detection, classification, and tracking of surface contacts for maritime assets | 23 |
| 18 | US-20180095156-A1 | 2018-04-05 | Single Burst Single Satellite Beacon Localization | 27 |
| 19 | US-20180036531-A1 | 2018-02-08 | DEVICE, SYSTEM AND METHOD FOR THE TRANSMISSION OF STIMULI | 38 |
| 20 | US-20170202724-A1 | 2017-07-20 | Assistive Flexible Suits, Flexible Suit Systems, and Methods for Making and Control Thereof to Assist Human Mobility | 101 |

| | | | | |
|---|---|---|---|---|
| 21 | US-20170105265-A1 | 2017-04-13 | Lighting Systems | 46 |
| 22 | US-20170003160-A1 | 2017-01-05 | MARINE ANIMAL DATA CAPTURE AND AGGREGATION DEVICE | 22 |
| 23 | US-20160340006-A1 | 2016-11-24 | UNMANNED AERIAL VEHICLE SYSTEM AND METHODS FOR USE | 43 |
| 24 | US-20160266246-A1 | 2016-09-15 | A SYSTEM FOR MONITORING A MARITIME ENVIRONMENT | 42 |
| 25 | US-20160173827-A1 | 2016-06-16 | INTEGRATED CAMERA AWARENESS AND WIRELESS SENSOR SYSTEM | 23 |
| 26 | US-20160061938-A1 | 2016-03-03 | Clutter Rejection Using Spatial Diversity In Wideband Radar For Enhanced Object Detection | 18 |
| 27 | US-20160054425-A1 | 2016-02-25 | Tracking a Radio Beacon from a Moving Device | 35 |
| 28 | US-20160012445-A1 | 2016-01-14 | Customer-controlled instant-response anti-fraud/anti-identity theft devices (with true-personal identity verification), methods and systems for secured global applications in personal/business e-banking, e-commerce, e-medical/health insurance checker, e-education/research/invention, e-disaster advisor, e-immigration, e-airport/aircraft security, e-military/e-law enforcement, with or without nfc component and system, with cellular/satellite phone/internet/multi-media functions | 109 |
| 29 | US-20150351369-A1 | 2015-12-10 | APPARATUS AND METHOD TO IDENTIFY MORBID ANIMALS | 19 |
| 30 | US-20150297984-A1 | 2015-10-22 | GAME MODIFICATION | 51 |
| 31 | US-9108738-B1 | 2015-08-18 | Apparatus for refueling aircraft | 24 |
| 32 | US-9106810-B1 | 2015-08-11 | Maritime safety systems for crew and passengers | 18 |
| 33 | US-20150104064-A1 | 2015-04-16 | METHOD AND SYSTEM FOR DETECTION OF FOREIGN OBJECTS IN MARITIME ENVIRONMENTS | 33 |
| 34 | US-8882047-B2 | 2014-11-11 | Method and system for delivering cargoes into space | 7 |
| 35 | US-20140266793-A1 | 2014-09-18 | NAUTIC ALERT APPARATUS, SYSTEM, AND METHOD | 28 |
| 36 | US-20140218238-A1 | 2014-08-07 | Object Location and Tracking | 19 |

| 37 | US-20140162598-A1 | 2014-06-12 | Customer-controlled instant-response anti-fraud/anti-identity theft devices (with true- personal identity verification), method and systems for secured global applications in personal/business e-banking, e-commerce, e-medical/health insurance checker, e-education/research/invention, e-disaster advisor, e-immigration, e-airport/aircraft security, e-military/e-law enforcement, with or without NFC component and system, with cellular/satellite phone/internet/multi-media functions | 128 |
|---|---|---|---|---|
| 38 | US-20140148197-A1 | 2014-05-29 | EMERGENCY, SECURITY, AND ACCESSIBILITY APPARATUS AND METHODS | 21 |
| 39 | US-20140041860-A1 | 2014-02-13 | SYSTEMS AND METHODS FOR MODELING AND TRIGGERING SAFETY BARRIERS | 12 |
| 40 | US-8549318-B2 | 2013-10-01 | Method and system for preventing unauthorized use of a vehicle by an operator of the vehicle | 65 |
| 41 | US-20130229286-A1 | 2013-09-05 | SAFETY BARRIER ALERT | 10 |
| 42 | US-8463568-B1 | 2013-06-11 | Measuring seawater capacitance in three dimensions as well as time | 15 |
| 43 | US-20130063304-A1 | 2013-03-14 | METHOD AND TRACKING DEVICE FOR TRACKING MOVEMENT IN A MARINE ENVIRONMENT WITH TACTICAL ADJUSTMENTS TO AN EMERGENCY RESPONSE | 18 |
| 44 | US-20130063300-A1 | 2013-03-14 | METHOD, SYSTEM, AND MACHINE TO TRACK AND ANTICIPATE THE MOVEMENT OF FLUID SPILLS WHEN MOVING WITH WATER FLOW | 27 |
| 45 | US-20120298628-A1 | 2012-11-29 | METHOD OF AND A WELDING STATION FOR LAYING A PIPELINE, WITH PIPE SECTION WELDED TOGETHER BY INTERNAL AND EXTERNAL WELDING | 16 |
| 46 | US-8269192-B2 | 2012-09-18 | Method and apparatus for determining the presence of optical brighteners in water samples | 12 |
| 47 | US-20120229282-A1 | 2012-09-13 | Maritime Overboard Detection and Tracking System | 11 |
| 48 | US-20110095914-A1 | 2011-04-28 | NAUTIC ALERT APPARATUS, SYSTEM AND METHOD | 26 |
| 49 | US-20110018707-A1 | 2011-01-27 | Shipping container having integral geoclock system | 18 |

| 50 | US-7812712-B2 | 2010-10-12 | Method and system for controlling a vehicle given to a third party | 67 |
|---|---|---|---|---|
| 51 | US-20100250497-A1 | 2010-09-30 | Electromagnetic pulse (EMP) hardened information infrastructure with extractor, cloud dispersal, secure storage, content analysis and classification and method therefor | 359 |
| 52 | US-20090271054-A1 | 2009-10-29 | MANOEUVRE AND SAFETY SYSTEM FOR A VEHICLE OR AN INSTALLATION | 32 |
| 53 | US-7603210-B2 | 2009-10-13 | Apparatus and method of vessel emission management | 19 |
| 54 | US-20090254572-A1 | 2009-10-08 | Digital information infrastructure and method | 345 |
| 55 | US-20090135015-A1 | 2009-05-28 | Locking apparatus for shipping containers | 17 |
| 56 | US-20080277354-A1 | 2008-11-13 | Ballast Water System | 18 |
| 57 | US-7400245-B1 | 2008-07-15 | Personal safety system for evidence collection and retrieval to provide critical information for rescue | 18 |
| 58 | US-7289964-B1 | 2007-10-30 | System and method for transaction services patterns in a netcentric environment | 283 |
| 59 | US-20070241887-A1 | 2007-10-18 | Buoyant tracking device and method of manufacture | 17 |
| 60 | US-20070051292-A1 | 2007-03-08 | Unmanned ocean vehicle | 20 |
| 61 | US-20070048084-A1 | 2007-03-01 | Modifiable display marker | 87 |
| 62 | US-7180420-B2 | 2007-02-20 | System and method using triangulation with RF/LF and infrared devices for tracking objects | 14 |
| 63 | US-20060190275-A1 | 2006-08-24 | Intellectual property management system | 103 |
| 64 | US-7053822-B2 | 2006-05-30 | Wearable satellite tracker | 15 |
| 65 | US-7047114-B1 | 2006-05-16 | System and apparatus for automatic and continuous monitoring, proactive warning and control of one or more independently operated vessels | 23 |
| 66 | US-20050275531-A1 | 2005-12-15 | Methods and systems for verifying the position and status of hierarchically arranged objects | 18 |
| 67 | US-20050248454-A1 | 2005-11-10 | Marine asset security and tracking (MAST) system | 34 |
| 68 | US-20050248456-A1 | 2005-11-10 | Space charge dosimeters for extremely low power measurements of radiation in shipping containers | 31 |
| 69 | US-6904449-B1 | 2005-06-07 | System and method for an application provider framework | 100 |

| 70 | US-6842906-B1 | 2005-01-11 | System and method for a refreshable proxy pool in a communication services patterns environment | 279 |
| 71 | US-6826452-B1 | 2004-11-30 | Cable array robot for material handling | 31 |
| 72 | US-20040222891-A1 | 2004-11-11 | Proximity dead man interrupter, alarm and reporting system | 9 |
| 73 | US-20040215532-A1 | 2004-10-28 | Method and system for monitoring relative movement of maritime containers and other cargo | 28 |
| 74 | US-20040181477-A1 | 2004-09-16 | Method of constructing a stock index | 24 |
| 75 | US-20040123793-A1 | 2004-07-01 | Man overboard locator device | 11 |
| 76 | US-6742015-B1 | 2004-05-25 | Base services patterns in a netcentric environment | 281 |
| 77 | US-6715145-B1 | 2004-03-30 | Processing pipeline in a base services pattern environment | 284 |
| 78 | US-6697824-B1 | 2004-02-24 | Relationship management in an E-commerce application framework | 78 |
| 79 | US-20040002270-A1 | 2004-01-01 | Variable-displacement variable-ballast life raft inflated and maintained by a manual pneumatic and or hydraulic lever-amplified torque pump through a range of dedicated fittaments | 100 |
| 80 | US-20030208397-A1 | 2003-11-06 | Method of doing business and security instrument | 64 |
| 81 | US-6640244-B1 | 2003-10-28 | Request batcher in a transaction services patterns environment | 281 |
| 82 | US-6640238-B1 | 2003-10-28 | Activity component in a presentation services patterns environment | 285 |
| 83 | US-6640249-B1 | 2003-10-28 | Presentation services patterns in a netcentric environment | 282 |
| 84 | US-6615199-B1 | 2003-09-02 | Abstraction factory in a base services pattern environment | 282 |
| 85 | US-6615253-B1 | 2003-09-02 | Efficient server side data retrieval for execution of client side applications | 281 |
| 86 | US-6606660-B1 | 2003-08-12 | Stream-based communication in a communication services patterns environment | 282 |
| 87 | US-6601192-B1 | 2003-07-29 | Assertion component in environment services patterns | 286 |
| 88 | US-6601234-B1 | 2003-07-29 | Attribute dictionary in a business logic services environment | 282 |
| 89 | US-6578068-B1 | 2003-06-10 | Load balancer in environment services patterns | 282 |
| 90 | US-6571282-B1 | 2003-05-27 | Block-based communication in a communication services patterns environment | 279 |

| | | | | |
|---|---|---|---|---|
| 91 | US-6549949-B1 | 2003-04-15 | Fixed format stream in a communication services patterns environment | 276 |
| 92 | US-6550057-B1 | 2003-04-15 | Piecemeal retrieval in an information services patterns environment | 287 |
| 93 | US-20030058277-A1 | 2003-03-27 | A VIEW CONFIGURER IN A PRESENTATION SERVICES PATTERNS ENVIROMENT | 303 |
| 94 | US-6539396-B1 | 2003-03-25 | Multi-object identifier system and method for information service pattern environment | 282 |
| 95 | US-6529948-B1 | 2003-03-04 | Multi-object fetch component | 281 |
| 96 | US-6529909-B1 | 2003-03-04 | Method for translating an object attribute converter in an information services patterns environment | 280 |
| 97 | US-6502213-B1 | 2002-12-31 | System, method, and article of manufacture for a polymorphic exception handler in environment services patterns | 280 |
| 98 | US-6496850-B1 | 2002-12-17 | Clean-up of orphaned server contexts | 280 |
| 99 | US-20020181038-A1 | 2002-12-05 | Photonic data stabilization | 48 |
| 100 | US-20020181831-A1 | 2002-12-05 | Tamed spectrum multiplexing | 48 |
| 101 | US-20020181833-A1 | 2002-12-05 | ACTIVE WAVESHIFTING | 48 |
| 102 | US-6477665-B1 | 2002-11-05 | System, method, and article of manufacture for environment services patterns in a netcentic environment | 279 |
| 103 | US-6477580-B1 | 2002-11-05 | Self-described stream in a communication services patterns environment | 279 |
| 104 | US-20020130953-A1 | 2002-09-19 | Enhanced display of environmental navigation features to vehicle operator | 36 |
| 105 | US-6442748-B1 | 2002-08-27 | System, method and article of manufacture for a persistent state and persistent object separator in an information services patterns environment | 279 |
| 106 | US-6438594-B1 | 2002-08-20 | Delivering service to a client via a locally addressable interface | 287 |
| 107 | US-6434628-B1 | 2002-08-13 | Common interface for handling exception interface name with additional prefix and suffix for handling exceptions in environment services patterns | 279 |
| 108 | US-6434568-B1 | 2002-08-13 | Information services patterns in a netcentric environment | 285 |
| 109 | US-6339832-B1 | 2002-01-15 | Exception response table in environment services patterns | 278 |
| 110 | US-6332163-B1 | 2001-12-18 | Method for providing communication services over a computer network system | 282 |

| 111 | US-6289382-B1 | 2001-09-11 | System, method and article of manufacture for a globally addressable interface in a communication services patterns environment | 277 |
|---|---|---|---|---|
| 112 | US-5597335-A | 1997-01-28 | Marine personnel rescue system and apparatus | 41 |
| 113 | US-5491636-A | 1996-02-13 | Anchorless boat positioning employing global positioning system | 13 |
| 114 | US-5355140-A | 1994-10-11 | Emergency reporting for marine and airborne vessels | 11 |
| 115 | US-4993344-A | 1991-02-19 | Torpedo defense for ships | 7 |
| 116 | US-4651157-A | 1987-03-17 | Security monitoring and tracking system | 10 |
| 117 | US-3908933-A | 1975-09-30 | Guided missile | 109 |
| 118 | US-3367234-A | 1968-02-06 | Guided missile launching system | 42 |

9/14/2023 09:51:5 AM

# U.S. District Court
## Eastern District of Virginia - (Newport News)
## CIVIL DOCKET FOR CASE #: 4:23-cv-00095-AWA-RJK

Smith v. Atlas North America, LLC et al
Assigned to: District Judge Arenda L. Wright Allen
Referred to: Magistrate Judge Robert J. Krask
Cause: 18:1836(b) - Civil Action to Protect Trade Secrets

Date Filed: 07/14/2023
Jury Demand: Plaintiff
Nature of Suit: 880 Defend Trade Secrets Act (of 2016)
Jurisdiction: Federal Question

**Plaintiff**

**Melinda Smith**     represented by   **Duncan Glover Byers**
Byers Law
Virginia
1769 Jamestown Road
Suite 120
Williamsburg, VA 23185
757-317-2779
Fax: 757-213-3797
Email: dbyers@dbyerslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Atlas North America, LLC**     represented by   **David Ludwig**
Dunlap Bennett & Ludwig PLLC (Leesburg)
211 Church Street SE
Leesburg, VA 20175
703-777-7319
Fax: 703-777-3656
Email: dludwig@dbllawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Matthew Trinnes**
The Leiser Law Firm PLLC
1749 Old Meadow Rd
Suite 630
Tysons Corner, VA 22102
703-734-5000
Fax: 703-734-6000
Email: dtrinnes@dbllawyers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ThyssenKrupp Materials North America, LLC**     represented by   **David Ludwig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Matthew Trinnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2023 | 1 | Complaint ( Filing fee $ 402, receipt number AVAEDC-9026839.), filed by Melinda Smith. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Byers, Duncan) (Entered: 07/14/2023) |
| 07/14/2023 | 2 | Civil Cover Sheet re 1 Complaint, by Melinda Smith. (Byers, Duncan) (Entered: 07/14/2023) |
| 07/14/2023 | 3 | Proposed Summons re 1 Complaint, by Melinda Smith. (Byers, Duncan) (Entered: 07/14/2023) |

| 07/14/2023 | 4 | Proposed Summons re 1 R Complaint, by Melinda Smith. (Byers, Duncan) (Entered: 07/14/2023) |
|---|---|---|
| 07/14/2023 | | Initial Case Assignment to District Judge Arenda L. Wright Allen and Magistrate Judge Robert J. Krask. (epri, ) (Entered: 07/14/2023) |
| 07/14/2023 | 5 | Two (2) Summonses Issued as to Atlas North America, LLC, ThyssenKrupp Materials North America, LLC, NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for each Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Civil Motions Procedures)(epri, ) (Entered: 07/14/2023) |
| 08/10/2023 | 6 | AFFIDAVIT of Service for Summons and Complaint served on Atlas North America, LLC on 7/26/2023, filed by Melinda Smith. (Byers, Duncan) (Entered: 08/10/2023) |
| 08/10/2023 | 7 | AFFIDAVIT of Service for Summons and Complaint served on ThyssenKrupp Materials North America, LLC on 7/27/2023, filed by Melinda Smith. (Byers, Duncan) (Entered: 08/10/2023) |
| 08/16/2023 | 8 | Consent MOTION for Extension of Time to File Answer by Atlas North America, LLC, ThyssenKrupp Materials North America, LLC. (Attachments: # 1 Proposed Order)(Ludwig, David) (Entered: 08/16/2023) |
| 08/17/2023 | | MOTIONS REFERRED to Magistrate Judge: Krask. 8 Consent MOTION for Extension of Time to File Answer (afar) (Entered: 08/17/2023) |
| 08/17/2023 | 9 | ORDER: The Court hereby GRANTS Plaintiff's and Defendants' Motion and extends the deadline for Defendants to respond to the complaint to and including August 30, 2023. Signed by Magistrate Judge Robert J. Krask and filed on 8/17/23. (epri, ) (Entered: 08/17/2023) |
| 08/30/2023 | 10 | MOTION to Dismiss for Failure to State a Claim by Atlas North America, LLC. (Attachments: # 1 Proposed Order) (Trinnes, David) (Entered: 08/30/2023) |
| 08/30/2023 | 11 | Memorandum in Support re 10 MOTION to Dismiss for Failure to State a Claim filed by Atlas North America, LLC. (Trinnes, David) (Entered: 08/30/2023) |
| 08/30/2023 | 12 | MOTION to Withdraw as Attorney by ThyssenKrupp Materials North America, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Trinnes, David) (Entered: 08/30/2023) |
| 09/13/2023 | 13 | Opposition to 10 MOTION to Dismiss for Failure to State a Claim , 11 Memorandum in Support filed by Melinda Smith. (Byers, Duncan) (Entered: 09/13/2023) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/14/2023 09:53:28 | | |
| PACER Login: | db350717 | Client Code: | Smith, Melinda.L.1 |
| Description: | Docket Report | Search Criteria: | 4:23-cv-00095-AWA-RJK |
| Billable Pages: | 2 | Cost: | 0.20 |