# SYSTEM AND MEETHOD FOR UNDERWATER OBJECT DETECTION WITH LAW ENFORCEMENT ALERT AND EXTERNAL AGENCY NOTIFICATION

| DOCUMENT ID | DATE PUBLISHED |
|---|---|
| US 20230177417 A1 | 2023-06-08 |

## INVENTOR INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| CALVO; CHRISTOPHER | PLANTATION | FL | N/A | US |
| RAMU; SHIVAKUMAR BANGALORE | WESTON | FL | N/A | US |
| BESTOR; DANIEL R. | SCHAUMBURG | IL | N/A | US |
| FARAONE; ANTONIO | FORT LAUDERDALE | FL | N/A | US |
| REGAN; SEAN | BOCA RATON | FL | N/A | US |

| APPLICATION NO | DATE FILED |
|---|---|
| 17/457566 | 2021-12-03 |

## US CLASS CURRENT:

705/7.13

## CPC CURRENT

| TYPE | CPC | DATE |
|---|---|---|
| CPCI | G 06 T 7/70 | 2017-01-01 |
| CPCI | G 06 Q 50/26 | 2013-01-01 |
| CPCI | G 08 B 21/18 | 2013-01-01 |
| CPCI | G 06 T 7/50 | 2017-01-01 |
| CPCI | G 06 V 10/74 | 2022-01-01 |
| CPCI | G 06 V 20/05 | 2022-01-01 |
| CPCI | G 06 V 20/17 | 2022-01-01 |
| CPCI | G 06 V 20/52 | 2022-01-01 |
| CPCI | H 04 Q 9/00 | 2013-01-01 |
| CPCI | G 06 T 7/62 | 2017-01-01 |
| CPCI | G 06 V 20/13 | 2022-01-01 |
| CPCI | G 06 Q 10/06311 | 2013-01-01 |
| CPCA | H 04 Q 2209/40 | 2013-01-01 |
| CPCA | G 06 T 2207/30232 | 2013-01-01 |
| CPCA | G 06 T 2207/10032 | 2013-01-01 |

**KWIC Hits**

# RESCUE METHOD AND SYSTEM FOR MAN OVERBOARD WITH REMOTE MONITORING

## DOCUMENT ID
US 20230174205 A1

## DATE PUBLISHED
2023-06-08

## INVENTOR INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| HUANG; CHUN-CHIA | New Taipei City | N/A | N/A | TW |

## APPLICATION NO
17/549562

## DATE FILED
2021-12-13

## FOREIGN APPLICATION PRIORITY DATA

| COUNTRY | APPLICATION NO | APPLICATION DATE |
|---|---|---|
| TW | 110145905 | 2021-12-08 |

## US CLASS CURRENT:

340/573.6, 340/573.1

## CPC CURRENT

| TYPE | CPC | DATE |
|---|---|---|
| CPCI | B 63 C 9/0005 | 2013-01-01 |
| CPCI | B 63 C 9/00 | 2013-01-01 |
| CPCA | B 63 G 2008/004 | 2013-01-01 |
| CPCA | B 63 C 2009/0017 | 2013-01-01 |

## KWIC Hits

## Abstract

The present invention proposes a rescue system and method for man overboard with remote monitoring, which is implemented by a rescue system consisted of an onboard processing unit, a distress signal module, an unmanned rescue vehicle, an autonomous ship, a communication module, and a shore control center (SCC). The technical effect of the present invention is that when a person falls into the water, the unmanned rescue vehicle can automatically locate and monitor the falling target immediately, and the shore control center (SCC) can accurately locate the relative position between the unmanned rescue vehicle and the ship where the person falls. Thereby, the shore control center (SCC) can control the rescue process throughout the entire process and release rescue device for rescue.

## Background/Summary

TECHNICAL FIELD

**Beacon Location Estimation**

| DOCUMENT ID | DATE PUBLISHED |
|---|---|
| US 20230025224 A1 | 2023-01-26 |

### INVENTOR INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| Katz; Daniel A. | Kiryat Ono | N/A | N/A | IL |

### ASSIGNEE INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| Katz; Daniel A. | Kiryat Ono | N/A | N/A | IL |

TYPE CODE
05

| APPLICATION NO | DATE FILED |
|---|---|
| 17/380050 | 2021-07-20 |

### US CLASS CURRENT:

1/1

### CPC CURRENT

| TYPE | CPC | DATE |
|---|---|---|
| CPCI | G 01 S 5/0231 | 2013-01-01 |
| CPCI | G 01 S 19/071 | 2019-08-01 |
| CPCI | G 01 S 19/05 | 2013-01-01 |
| CPCI | G 01 S 5/0294 | 2013-01-01 |
| CPCI | G 01 S 19/02 | 2013-01-01 |
| CPCI | G 01 S 19/17 | 2013-01-01 |
| CPCI | G 01 S 5/0009 | 2013-01-01 |
| CPCA | G 01 S 2205/006 | 2013-01-01 |
| CPCA | G 01 S 2205/06 | 2020-05-01 |

**KWIC Hits**

### Abstract

A method and system for estimation of the current location of a remote radio beacon, at a mobile device, based on two historical positions thereof provided via at least two satellite relays and one base station, particularly usable for Search and Rescue. A beacon is configured to periodically transmit short RF signals, relayed by a first satellite payload to a base station, at which the position of the beacon is resolved; then, the base station transmits a message, relayed by a second satellite payload and detectable by a mobile device, encoding two previous positions of the beacon, stamped with time tags. Finally, the mobile device decodes the information about said two previous positions of the beacon, and accordingly estimates the current position of the beacon, accounting for possible different time references.

# FLIGHT-ENABLED SIGNAL BEACON

## DOCUMENT ID
US 20220144429 A1

## DATE PUBLISHED
2022-05-12

## INVENTOR INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| Warner, IV; Fredrick M. | Marine City | MI | N/A | US |
| Lavoie; Theodore | Novato | CA | N/A | US |
| Ernst; Nathan | Dexter | MI | N/A | US |
| Alla; Vivek Reddy | Ypsilanti | MI | N/A | US |
| Gorski; Michael | Grass Lake | MI | N/A | US |
| Alford; Casey | Ann Arbor | MI | N/A | US |
| VanAntwerp; Tim | Saint Joseph | MI | N/A | US |
| Kent; Timothy | St. Clair Shores | MI | N/A | US |
| Massey; Donald | Chicago | IL | N/A | US |

## APPLICATION NO
17/520569

## DATE FILED
2021-11-05

## DOMESTIC PRIORITY (CONTINUITY DATA)
us-provisional-application US 63110482 20201106

## US CLASS CURRENT:

1/1

## CPC CURRENT

| TYPE | CPC | DATE |
|---|---|---|
| CPCI | G 05 D 1/101 | 2013-01-01 |
| CPCI | G 01 C 21/16 | 2013-01-01 |
| CPCI | G 05 D 1/0808 | 2013-01-01 |
| CPCI | G 08 G 5/0026 | 2013-01-01 |
| CPCI | G 01 S 19/18 | 2013-01-01 |
| CPCI | B 64 C 27/72 | 2013-01-01 |
| CPCI | B 64 U 30/20 | 2023-01-01 |
| CPCI | B 64 C 11/28 | 2013-01-01 |
| CPCI | B 64 U 10/10 | 2023-01-01 |
| CPCI | G 08 G 5/0056 | 2013-01-01 |
| CPCI | G 08 G 5/0073 | 2013-01-01 |
| CPCI | G 05 D 1/12 | 2013-01-01 |
| CPCI | B 64 C 27/57 | 2013-01-01 |
| CPCI | B 64 C 39/024 | 2013-01-01 |
| CPCI | G 08 G 5/0069 | 2013-01-01 |
| CPCI | G 06 T 7/70 | 2017-01-01 |
| CPCI | B 64 C 27/39 | 2013-01-01 |
| CPCI | B 64 C 11/48 | 2013-01-01 |
| CPCI | B 64 D 47/02 | 2013-01-01 |
| CPCI | G 08 G 5/0013 | 2013-01-01 |

# METHOD AND APPARATUS FOR WATER SPORTS AUTOMATION AND ENHANCED SITUATIONAL AWARENESS

| DOCUMENT ID | DATE PUBLISHED |
|---|---|
| US 20220089259 A1 | 2022-03-24 |

## INVENTOR INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| Williams; Danielle T. | Bellevue | WA | N/A | US |
| Mitchell; Timothy M. | Seattle | WA | N/A | US |

| APPLICATION NO | DATE FILED |
|---|---|
| 17/481309 | 2021-09-22 |

## DOMESTIC PRIORITY (CONTINUITY DATA)

us-provisional-application US 63081489 20200922

us-provisional-application US 63218030 20210702

## US CLASS CURRENT:

1/1

## CPC CURRENT

| TYPE | CPC | DATE |
|---|---|---|
| CPCI | B 63 C 9/0005 | 2013-01-01 |
| CPCI | B 63 B 34/60 | 2020-02-01 |
| CPCI | B 63 H 21/21 | 2013-01-01 |
| CPCI | B 63 B 34/70 | 2020-02-01 |
| CPCI | G 05 D 1/0055 | 2013-01-01 |
| CPCA | B 63 C 2009/0017 | 2013-01-01 |

## KWIC Hits

## Abstract

An objective of the present invention is to provide a system to sense immersion of a participant into water. The system comprises a smart flag and an alarm device of a watercraft, and an FOB device of a participant. The smart flag, the alarm, and the FOB device are wirelessly connected to each other. The FOB device detects the immersion of the participant in the water. The smart flag is automatically deployed based on the detected immersion. The alarm device is automatically turned ON creating an alarm indicating an SOS signal. When the participant gets submerged in the water, the communication is ceased, thus initiating the flag to go up automatically and alarm a captain of the watercraft. Deployment of the flag lets surrounding watercraft to know that the participant is in the water.

## Background/Summary

CROSS-REFERENCE TO RELATED PATENT DOCUMENTS

# SEQUESTERING BIOMASS IN WATER

## DOCUMENT ID
US 2022080480 A1

## DATE PUBLISHED
2022-03-17

## INVENTOR INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| Gray; Luke | Exeter | NH | N/A | US |
| Slocum; Alexander | Bow | NH | N/A | US |

## APPLICATION NO
17/414166

## DATE FILED
2019-12-23

## DOMESTIC PRIORITY (CONTINUITY DATA)

us-provisional-application US 62870428 20190703

us-provisional-application US 62820088 20190318

us-provisional-application US 62783740 20181221

## US CLASS CURRENT:

1/1

## CPC CURRENT

| TYPE | CPC | DATE |
|---|---|---|
| CPCI | B 63 B 35/32 | 2013-01-01 |
| CPCI | B 09 B 1/002 | 2013-01-01 |
| CPCI | A 01 D 44/00 | 2013-01-01 |

## KWIC Hits

## Abstract

Buoyant matter, and particularly biomass such as seaweed, is sequestered deep in a body of water, fey causing the matter to lose it buoyancy and sink and remain sunk for an extended period. In some examples, the matter is pumped to below a depth at which is loses its natural buoyancy as a result of the ambient water pressure resulting in it naturally sinking to the bottom.

## Background/Summary

CROSS-REFERENCES TO RELATED APPLICATIONS

[0001] This application claims the benefit of the following U.S. Provisional Applications, which are incorporated herein by reference: No. 62/783,740, filed Dec. 21, 2018; No. 62/820,088 filed Mar. 18, 2019; and No. 62/870,428 filed Jul. 3, 2019.

BACKGROUND OF THE INVENTION

MAN OVER BOARD DETECTION SYSTEM

## DOCUMENT ID
US 20220058932 A1

## DATE PUBLISHED
2022-02-24

## INVENTOR INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| HJELMSTAD; Jens | Lillestrom | N/A | N/A | NO |
| DOKKEN; Sverre | Monaco | N/A | N/A | MC |
| MICHAEL; Alexis | Limassol | N/A | N/A | CY |
| MAALEN; Reiclulf | Las Vegas | NV | N/A | US |

## APPLICATION NO
17/415538

## DATE FILED
2019-12-16

## FOREIGN APPLICATION PRIORITY DATA

| COUNTRY | APPLICATION NO | APPLICATION DATE |
|---|---|---|
| EP | 18212924.7 | 2018-12-17 |

## US CLASS CURRENT:

1/1

## CPC CURRENT

| TYPE | CPC | DATE |
|---|---|---|
| CPCI | G 08 B 29/188 | 2013-01-01 |
| CPCI | B 63 C 9/0005 | 2013-01-01 |
| CPCI | G 08 B 21/08 | 2013-01-01 |

## KWIC Hits

## Abstract

A Man Over Board (MOB) system includes sensor units located around a periphery of a vessel, an interconnector unit communicatively coupled with the plurality of sensor units and configured to receive data from the sensors, a data fusion processing unit, and a control station. The data fusion processing unit is configured to receive the data from the sensor units via the interconnector unit, compile the data from the sensor units, and trigger a MOB warning based on the compiled data. The control station is located at a bridge of the vessel and configured to display the MOB warning and at least a portion of the compiled data from the sensor units via a video verification interface and receive verification input from a human operator via the video verification interface to confirm a MOB event.

## Background/Summary

CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] The present application is the U.S. national stage entry under 35 U.S.C. § 371 of international patent application PCT/EP2019/085419, filed Dec. 16, 2019, entitled "MAN OVER BOARD

**Overboard Tracking Patch**

| DOCUMENT ID | DATE PUBLISHED |
|---|---|
| US 20200220248 A1 | 2020-07-09 |

### INVENTOR INFORMATION

| NAME | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|
| Verlinden; Christopher | Clarksburg | MD | N/A | US |
| Kubicko; Jacquelyn S. | Clarksburg | MD | N/A | US |

| APPLICATION NO | DATE FILED |
|---|---|
| 16/734116 | 2020-01-03 |

### DOMESTIC PRIORITY (CONTINUITY DATA)

us-provisional-application US 62788080 20190103

### US CLASS CURRENT:

1/1

### CPC CURRENT

| TYPE | CPC | DATE |
|---|---|---|
| CPCI | H 01 Q 9/0407 | 2013-01-01 |
| CPCI | H 01 Q 1/36 | 2013-01-01 |
| CPCI | H 01 Q 1/2225 | 2013-01-01 |
| CPCI | B 63 C 9/20 | 2013-01-01 |
| CPCI | H 01 Q 1/24 | 2013-01-01 |
| CPCI | H 01 Q 1/40 | 2013-01-01 |
| CPCI | H 01 Q 1/273 | 2013-01-01 |
| CPCI | B 63 C 9/0005 | 2013-01-01 |
| CPCA | B 63 C 2009/0017 | 2013-01-01 |
| CPCA | B 63 C 9/13 | 2013-01-01 |
| CPCA | B 63 B 2201/20 | 2013-01-01 |
| CPCA | B 63 C 9/082 | 2013-01-01 |
| CPCA | B 63 C 9/11 | 2013-01-01 |
| CPCA | B 63 B 2201/12 | 2013-01-01 |

**KWIC Hits**

### Abstract

An overboard tracking patch is an apparatus which increases the visibility and tracking capabilities of Personal Flotation Devices (PFDs) for more efficient tracking of overboard individuals. In a passive embodiment, the apparatus includes an outer layer, an intermediate layer, an attachment layer, and a processor. The outer layer increases the visibility of PFDs during both daytime and nighttime conditions. The intermediate layer provides radio identification capabilities for the remote tracking of PFDs using search radars. The attachment layer enables users to attach the present invention to a