**Subject:** Fwd: Many questions

Get Outlook for iOS

---

**From:** Martin Wilcox <martin.wilcox@na-atlas.com>
**Sent:** Wednesday, August 14, 2019 6:32:11 PM
**To:** mps smith <mps1561@hotmail.com>
**Subject:** RE: Many questions

Melinda,

I'm sorry for being such a poor correspondent, but we've been very busy here with new product development that has nothing to do with cruise ships. We've been taken over by Thyssen-Krupp, a very large German company, and they don't want us to do anything until a patent is obtained. The patent has been submitted and the patent lawyers told us that the waiting list for first review in the patent office is now 18 months to two years! It was very disappointing, to say the least, as that is only the first review! I hope I'm still alive at that point as I had my 79th birthday in July!
Until we hear from the patent office I'm afraid there is nothing more that I can do.

Marty

Martin H. Wilcox
Principal Research Engineer
Atlas North America/Marine Sonic Technology
120 Newsome Drive, Suite H
Yorktown, VA 23692-1309
Martin.Wilcox@na-atlas.com
www.marinesonic.com

**From:** mps smith <mps1561@hotmail.com>
**Sent:** Wednesday, August 14, 2019 1:59 PM
**To:** Martin Wilcox <martin.wilcox@na-atlas.com>
**Subject:** Many questions

Good afternoon Marty. I am assuming this is still a good email address for you. Would you have a chance sometime soon to give me a quick call. I have many questions that I need to ask... about patent, flying to Germany or Miami, NDA, who is involved, etc. my cell is 804-815-3345. Thank you! I could talk to Sergio if your time does not allow. Melinda

Get Outlook for iOS
CONFIDENTIALITY STATEMENT: The information in this e-mail is confidential and may be legally privileged. It is intended for the use only of the addressee. If you have received this communication in error, be advised that any dissemination of the email or its attachments is