CONFIDENTIAL

**SOLE ASSIGNMENT**                                                                                                   Attorney Docket No. <u>181021P00US</u>

# **A S S I G N M E N T**

WHEREAS, I, Martin Wilcox, having my residence as set forth below, hereinafter referred to as "ASSIGNOR", have invented a certain invention for:

## **OVERBOARD DETECTION AND TRACKING SYSTEM**

as described and set forth in U.S. Patent Application No. 16/279,309 filed on February 19, 2019, preparatory to obtaining Letters Patent of the United States therefor; and

WHEREAS, ATLAS North America LLC, a company organized under the laws of the United States of America, with its principal place of business at 120 Newsome Drive Suite H, Yorktown, VA 23692 and THYSSENKRUPP AG, a company organized under the laws of Germany, with its principal place of business at ThyssenKrupp Allee 1, 45143 Essen, Germany, hereinafter collectively referred to as "ASSIGNEES", are together desirous of jointly acquiring ASSIGNORS' entire right, title and interest in and to said invention, improvements, application and any Letters Patents which may be granted therefor or thereupon in any country, together with any and all non-provisional applications, divisions, continuations, continuations-in-part, reissues and extensions thereof in all countries throughout the world;

NOW, THEREFORE, to all whom it may concern, be it known that for good and valuable consideration by ASSIGNEES to ASSIGNOR, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby sells, assigns, transfers and sets over unto ASSIGNEES, their respective successors and assigns, the entire right, title and interest in and to said invention, improvements, and in and to said application and any Letters Patents which may be granted therefor or thereupon, together with any and all non-provisional applications, divisions, continuations, continuations-in-part, reissues and extensions thereof, and ASSIGNOR authorizes and requests the Commissioner of Patents and Trademarks to issue any Letters Patent which may be granted for or upon said invention or applications, or patents resulting therefrom, insofar as my interest is concerned, unto ASSIGNEES in accordance with this Assignment.  To the extent applicable, ASSIGNOR also hereby assigns to ASSIGNEES, its successors and assigns, all right, title and interest to sue third parties for any past, present or future infringement, and to collect all damages relating thereto, of all Letters Patents assigned herein.

ASSIGNOR also assigns to ASSIGNEES, all right, title and interest in and to the invention disclosed in said application throughout the world, including the right to file applications and obtain patents, utility models, industrial models and designs throughout the world, including all rights to publish cautionary notices reserving ownership of said invention and all rights to register said invention in appropriate registries; and ASSIGNOR further agrees to execute any and all powers of attorney, applications, assignments, declarations, affidavits, and any other papers in connection therewith necessary to perfect such right, title and interest in ASSIGNEES.

ASSIGNOR will communicate to ASSIGNEES, their respective successors and assigns or their representatives, any facts known to us respecting said invention and improvements; and, at the expense of ASSIGNEES, ASSIGNOR will fully cooperate in any legal proceedings,

CONFIDENTIAL

**SOLE ASSIGNMENT**     Attorney Docket No. <u>181021P00US</u>

including any proceeding within the United States Patent and Trademark Office or other Patent Office anywhere in the world, relating thereto, sign all lawful papers, execute all non-provisional, divisional, continuing, continuations-in-part, reissue and substitute applications, make all rightful oaths and declarations, and, in addition, execute any and all documents required to vest title in ASSIGNEES and to aid ASSIGNEES to obtain and enforce proper protection for said invention in all countries.

    ASSIGNOR covenants that ASSIGNOR has the full right to convey the interest assigned by this Assignment, and that ASSIGNOR has not executed and will not execute any agreement in conflict with this Assignment.

    This Assignment shall be binding on the parties' successors, assigns and legal representatives.

| **NAME OF SOLE OR FIRST INVENTOR:** | | ☐ A petition has been filed for this unsigned inventor | |
|---|---|---|---|
| Given Name (first and middle[if any]) | | Family Name or Surname | |
| Martin | | Wilcox | |
| Inventor's Signature | | | Date (mm/dd/yyyy) |
| | | | |
| Residence: City | State | Country | |
| Williamsburg | VA | USA | |
| Mailing Address | | | |
| 4227 Candleberry Way | | | |
| City | State | Postal (Zip) Code | Country |
| Williamsburg | VA | 23188-7614 | USA |

Assignment – page 2 of 2

DEF000393