| | |
|---|---|
| **From:** | Thorsten Isserstedt <ipr@atlas-elektronik.com> |
| **Sent:** | Monday, February 25, 2019 9:38 AM |
| **To:** | Martin Wilcox |
| **Cc:** | Dennis Meyer |
| **Subject:** | WG:  Unser Zeichen: AN2018.101   - WG: 181021P00US - U.S. Patent Application No. 16/279,309 |
| **Attachments:** | 181021P00US_Application_Data_Sheet.PDF; 181021P00US_Drawings.PDF; 181021P00US_EFS Acknowledgement re IDS.PDF; 181021P00US_EFS Acknowledgement.PDF; 181021P00US_IDS.PDF; 181021P00US_Patent_Application.PDF; 181021 Patent Application (FINAL).DOCX; 181021P00US Assignment.PDF; 181021P00US Oath – Declaration.PDF |

Wrist AS - ATLAS North America LLC
--
Hi Martin,

We have met each other last year in November. I am the patent guy from ATLAS GmbH in Germany.

I just want to tell you that we have filed your patent application. I have attached the corresponding documents.

You will also find an assignment of the application to assigned it to ATLAS NA. May I ask you to sign it, scan the signed paper and send the scan back to me, please.

Thanks a lot.

Thorsten



Dipl.-Ing. Thorsten Isserstedt
Leiter Schutzrechtsabteilung / Head of Intellectual Property Department (TIS4)
Head of Intellectual Property Department (TIS4)
Technology, Innovation & Sustainability (TIS)

ATLAS ELEKTRONIK GmbH
Sebaldsbruecker Heerstrasse 235
28309 Bremen
Germany

Phone +49 (0)421/457-3090
Fax     +49 (0)421/457-2681

Thorsten.Isserstedt@atlas-elektronik.com
www.atlas-elektronik.com

Geschäftsführung / Management Board:
Michael Ozegowski (Sprecher / Speaker), Alexander Kocherscheidt
Vorsitzender des Aufsichtsrats / Chairman Supervisory Board: Dr. Peter Feldhaus
Sitz der Gesellschaft / Registered Office: Bremen
Register / Commercial Register: Amtsgericht Bremen, HRB 21570

***
This e-mail message is intended solely for the use of the addressee and may contain legally privileged and confidential