UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| MELINDA SMITH, <br><br> Plaintiff, <br><br> v. <br><br> ATLAS NORTH AMERICA, LLC, <br><br> Defendant. | Civil No. 4:23cv95 |

### ORDER

Pending before the Court is a Motion for a Stay and Extension of Deadlines Under the Rule 16(b) Scheduling Order (the "Motion") filed by Defendant Atlas North America, LLC ("Defendant" or "Atlas"). ECF No. 40. Atlas requests a stay of all pending case deadlines under the Rule 16(b) scheduling order (ECF No. 27) until the Court resolves the pending motion for joinder filed by Plaintiff Melinda Smith ("Plaintiff" or "Ms. Smith") on July 8, 2024 (the "Motion for Joinder") (ECF No. 31). Plaintiff consents to this Motion.

After due consideration and for good cause shown, the Motion (ECF No. 40) is **GRANTED**. All case deadlines under the Rule 16(b) Scheduling Order (ECF No. 27) are hereby **STAYED** pending resolution of the Motion for Joinder. The Court will reset the relevant deadlines after it adjudicates the Motion for Joinder. The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

1

2

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

September 25, 2024
Norfolk, Virginia

2