PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76539905 |
| **REGISTRATION NUMBER** | 3038951 |
| **MARK SECTION** | |
| **MARK** | THYSSENKRUPP (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/76539905/large) |
| **OWNER SECTION(current)** | |
| **NAME** | ThyssenKrupp AG |
| **MAILING ADDRESS** | ThyssenKrupp Allee 1 |
| **CITY** | 45143 Essen |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Germany |
| **OWNER SECTION(proposed)** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| **NAME** | ThyssenKrupp AG |
| **INTERNAL ADDRESS** | Suite 415 |
| **MAILING ADDRESS** | 208 Golden Oak Court |
| **CITY** | Virginia Beach |
| **STATE** | Virginia |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 23452 |
| **EMAIL** | XXXX |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Adam D. Siegartel |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | PROSKAUER ROSE LLP |
| **STREET** | ELEVEN TIMES SQUARE |
| **CITY** | NEW YORK |
| **STATE** | New York |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S.** | United States |

| | |
|---|---|
| TERRITORY | |
| POSTAL/ZIP CODE | 10036-8299 |
| PHONE | (212) 969-3000 |
| FAX | (212) 969-2900 |
| EMAIL | trademark@proskauer.com |
| DOCKET/REFERENCE NUMBER(S) | 20496-689 |

## STATEMENT OF THE REASON FOR REPLACEMENT

By submission of this request along with the duly signed Power of Attorney and Appendix A, the undersigned respectfully requests to be appointed as the new attorney of record in connection with the applications and registrations as set forth in attached Appendix A.

## ATTORNEY SECTION (proposed)

| | |
|---|---|
| STATEMENT TEXT | By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record: |
| NAME | Gary W. Donohue |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Dinsmore & Shohl LLP |
| OTHER APPOINTED ATTORNEY(S) | April L. Besl, Grant Monachino, Jim Dimitrijevs, Tamara Head, Karen Gaunt, Michael Frey, Jessica Goedel, James Theo, Luke Curran, Kayla McCormick, Andrew Hilton, Jeremy Justice, Mark Schneider, Luca L. Hickman, Kristina Schiavone, Nivita Beri, Alia Hussain, Liane Rousseau, Nainika Ravichandran and all other attorneys associated with Dinsmore & Shohl LLP |
| INTERNAL ADDRESS | Suite 1900 |
| STREET | 755 West Big Beaver Road |
| CITY | Troy |
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 48084 |
| PHONE | 248-647-6000 |
| FAX | 248-647-5210 |
| EMAIL | gary.donohue@dinsmore.com |
| DOCKET/REFERENCE NUMBER(S) | 08TKCA22119T |

## CORRESPONDENCE SECTION (current)

| | |
|---|---|
| NAME | ADAM D. SIEGARTEL |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademark@proskauer.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER(S) | 20496-689 |

| CORRESPONDENCE SECTION (proposed) | |
|---|---|
| NAME | Gary W. Donohue |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | gary.donohue@dinsmore.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@dinsmore.com; shelly.burchfield@dinsmore.com |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE | |
| ORIGINAL PDF FILE | hw_661926434-072506450_._1_Power_of_Attorney_w_APPENDIX_A.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\765\399\76539905\xml1\CAR0002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\765\399\76539905\xml1\CAR0003.jpg |
| SIGNATORY NAME | Gary W. Donohue |
| SIGNATORY POSITION | Attorney of Record - Michigan Bar Member |
| SIGNATORY PHONE NUMBER | 248-677-6000 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Handwritten |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Nov 08 13:01:38 ET 2024 |
| TEAS STAMP | USPTO/CAR-XX.XXX.XX.XX-20241108130138879180-74162510-8507fde457cb19c293feefd368e317383134a934b81b5aacd1aa1e55f49d3f2f0ba-N/A-N/A-20241108125909328173 |

PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** THYSSENKRUPP (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/76539905/large)
**SERIAL NUMBER:** 76539905
**REGISTRATION NUMBER:** 3038951


**Owner Section (Current) :**
ThyssenKrupp AG
ThyssenKrupp Allee 1
45143 Essen
Germany


By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
ThyssenKrupp AG
Suite 415
208 Golden Oak Court
Virginia Beach, Virginia 23452
United States
XXXX

**Attorney Section (Current):**
Adam D. Siegartel of PROSKAUER ROSE LLP
is located at
ELEVEN TIMES SQUARE
NEW YORK, New York 10036-8299
United States
(212) 969-3000
(212) 969-2900
Email Address: trademark@proskauer.com
Docket Reference Number(s):20496-689.

**STATEMENT OF THE REASON FOR REPLACEMENT**
By submission of this request along with the duly signed Power of Attorney and Appendix A, the undersigned respectfully requests to be appointed as the new attorney of record in connection with the applications and registrations as set forth in attached Appendix A.

By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record:

**Attorney Section (proposed):**
Gary W. Donohue of Dinsmore & Shohl LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
Suite 1900
755 West Big Beaver Road
Troy, Michigan 48084
United States
248-647-6000
248-647-5210
gary.donohue@dinsmore.com
Other Appointed Attorney(s): April L. Besl, Grant Monachino, Jim Dimitrijevs, Tamara Head, Karen Gaunt, Michael Frey, Jessica Goedel,

James Theo, Luke Curran, Kayla McCormick, Andrew Hilton, Jeremy Justice, Mark Schneider, Luca L. Hickman, Kristina Schiavone, Nivita Beri, Alia Hussain, Liane Rousseau, Nainika Ravichandran and all other attorneys associated with Dinsmore & Shohl LLP

Docket Reference Number(s): 08TKCA22119T

Gary W. Donohue submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
ADAM D. SIEGARTEL
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademark@proskauer.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED
Docket Reference Number(s): 20496-689

**Correspondence Section (proposed):**
Gary W. Donohue
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: gary.donohue@dinsmore.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@dinsmore.com; shelly.burchfield@dinsmore.com
Docket Reference Number(s): 08TKCA22119T

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**Original PDF file:**
hw_661926434-072506450_._1_Power_of_Attorney_w_APPENDIX_A.pdf
**Converted PDF file(s)** (2 pages)
Signature File1
Signature File2
Signatory's Name: Gary W. Donohue
Signatory's Position: Attorney of Record - Michigan Bar Member
Signatory's Phone Number: 248-677-6000
Signature method: Handwritten

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 76539905
Internet Transmission Date: Fri Nov 08 13:01:38 ET 2024
TEAS Stamp: USPTO/CAR-XX.XXX.XX.XX-20241108130138879
180-74162510-8507fde457cb19c293feefd368e
317383134a934b81b5aacd1aa1e55f49d3f2f0ba
-N/A-N/A-20241108125909328173

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

**POWER OF ATTORNEY**

ThyssenKrupp AG and its subsidiaries and entities, as of _____April 5\_\_, 2024 (the "Effective Date"), appoints Gary W. Donohue, April L. Besl, Grant Monachino, Jim Dimitrijevs, Tamara Head, Karen Gaunt, Govinda Davis, Michael Frey, Jessica Goedel, James Theo, Luke Curran, Kayla Tyler, Andrew Hilton, Nivita Beri, Mark Schneider, Kristina Schiavone and all other attorneys associated with Dinsmore & Shohl LLP, to transact trademark matters on its behalf in relation to the U.S. trademark applications and registrations attached herewith as Appendix A, in the U.S. Patent and Trademark Office in connection therewith, with full power of substitution and revocation.

As of the Effective Date, all communications and inquiries relating to the matters referenced above should be addressed to Gary W. Donohue at gary.donohue@dinsmore.com with copies to shelly.burchfield@dinsmore.com or by using the firm address set out in the previous paragraph.

Respectfully Submitted,

**ThyssenKrupp AG**

_____
(Signature)

Name: \_\_\_\_\_Dr. Claudia Pappas\_\_\_\_\_   Tanja Evers
Title: \_\_\_\_\_authorized officer\_\_\_\_\_   Attorney at Law (company lawyer)

Date: \_April 5, 2024_____

1

# APPENDIX A

| Mark | Application Number | Registration Number |
|---|---|---|
| SEA SCAN | 74162510 | 1719938 |
| CERBERUS | 78679282 | 3405336 |
| ATLAS ELEKTRONIK | 86516348 | 5116831 |
| ENGINEERING.TOMORROW.TOGETHER. THYSSENKRUPP Logo & Design | 87111594 | 6019180 |
| ThyssenKrupp | 75843161 | 2809644 |
| THYSSENKRUPP | 75688656 | 2894021 |
| KonzernLogo Klingelknopf B 2009 (s/w) | 76539906 | 2975245 |
| ThyssenKrupp | 76539905 | 3038951 |
| THYSSENKRUPP Ultra 7 Mold Plate | 86439690 | 5004100 |
| BERCO | 72286052 | 0871242 |
| Black Hawk | 78456896 | 2995279 |
| ZoneControl | 86324503 | 4814237 |
| BILSTEIN GAS PRESSURE SHOCK ABSORBERS | 74460604 | 1937766 |
| ROTEK | 72217403 | 0804202 |
| RD Rollix | 73073135 | 1133972 |
| DEFONTAINE | 76427793 | 3898291 |
| Rothe Erde | 76496324 | 2866203 |
| DIAPOL | 76381474 | 2841006 |
| Uhde High Pressure Technologies | 76545528 | 3684744 |
| MTR | 78/883412 | 3394947 |
| COPPER AND BRASS SALES "SNAPPY SERVICE" | 78931622 | 3244765 |

PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76539906 |
| **REGISTRATION NUMBER** | 2975245 |
| **MARK SECTION** | |
| MARK | (Design only, see https://tmng-al.uspto.gov /resting2/api/img/76539906/large) |
| **OWNER SECTION(current)** | |
| NAME | ThyssenKrupp AG |
| MAILING ADDRESS | ThyssenKrupp Allee 1 |
| CITY | 45143 Essen |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Germany |
| **OWNER SECTION(proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| NAME | ThyssenKrupp AG |
| INTERNAL ADDRESS | Suite 415 |
| MAILING ADDRESS | 208 Golden Oak Court |
| CITY | Virginia Beach |
| STATE | Virginia |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 23452 |
| EMAIL | XXXX |
| **ATTORNEY SECTION (current)** | |
| NAME | Adam D. Siegartel |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | PROSKAUER ROSE LLP |
| STREET | Eleven Times Square |
| CITY | NEW YORK |
| STATE | New York |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. | United States |

| | |
|---|---|
| TERRITORY | |
| POSTAL/ZIP CODE | 10036-8299 |
| PHONE | (212) 969-3000 |
| FAX | (212) 969-2900 |
| EMAIL | trademark@proskauer.com |
| DOCKET/REFERENCE NUMBER(S) | 20496-696 |

## STATEMENT OF THE REASON FOR REPLACEMENT

By submission of this request along with the duly signed Power of Attorney and Appendix A, the undersigned respectfully requests to be appointed as the new attorney of record in connection with the applications and registrations as set forth in attached Appendix A.

## ATTORNEY SECTION (proposed)

| | |
|---|---|
| STATEMENT TEXT | By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record: |
| NAME | Gary W. Donohue |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Dinsmore & Shohl LLP |
| OTHER APPOINTED ATTORNEY(S) | April L. Besl, Grant Monachino, Jim Dimitrijevs, Tamara Head, Karen Gaunt, Michael Frey, Jessica Goedel, James Theo, Luke Curran, Kayla McCormick, Andrew Hilton, Jeremy Justice, Mark Schneider, Luca L. Hickman, Kristina Schiavone, Nivita Beri, Alia Hussain, Liane Rousseau, Nainika Ravichandran and all other attorneys associated with Dinsmore & Shohl LLP |
| INTERNAL ADDRESS | Suite 1900 |
| STREET | 755 West Big Beaver Road |
| CITY | Troy |
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 48084 |
| PHONE | 248-647-6000 |
| FAX | 248-647-5210 |
| EMAIL | gary.donohue@dinsmore.com |
| DOCKET/REFERENCE NUMBER(S) | 08TKCA17619T |

## CORRESPONDENCE SECTION (current)

| | |
|---|---|
| NAME | Adam D. Siegartel |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademark@proskauer.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER(S) | 20496-696 |

| CORRESPONDENCE SECTION (proposed) | |
|---|---|
| NAME | Gary W. Donohue |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | gary.donohue@dinsmore.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@dinsmore.com; shelly.burchfield@dinsmore.com |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE | |
| ORIGINAL PDF FILE | hw_661926434-072506450_._1_Power_of_Attorney_w_APPENDIX_A.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\765\399\76539906\xml1\CAR0002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\765\399\76539906\xml1\CAR0003.jpg |
| SIGNATORY NAME | Gary W. Donohue |
| SIGNATORY POSITION | Attorney of Record - Michigan Bar Member |
| SIGNATORY PHONE NUMBER | 248-677-6000 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Handwritten |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Nov 08 13:01:38 ET 2024 |
| TEAS STAMP | USPTO/CAR-XX.XXX.XX.XX-20241108130138879180-74162510-8507fde457cb19c293feefd368e317383134a934b81b5aacd1aa1e55f49d3f2f0ba-N/A-N/A-20241108125909328173 |

PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** Design only, see https://tmng-al.uspto.gov/resting2/api/img/76539906/large)
**SERIAL NUMBER:** 76539906
**REGISTRATION NUMBER:** 2975245


**Owner Section (Current) :**
ThyssenKrupp AG
ThyssenKrupp Allee 1
45143 Essen
Germany


By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
ThyssenKrupp AG
Suite 415
208 Golden Oak Court
Virginia Beach, Virginia 23452
United States
XXXX

**Attorney Section (Current):**
Adam D. Siegartel of PROSKAUER ROSE LLP
is located at
Eleven Times Square
NEW YORK, New York 10036-8299
United States
(212) 969-3000
(212) 969-2900
Email Address: trademark@proskauer.com
Docket Reference Number(s):20496-696.

**STATEMENT OF THE REASON FOR REPLACEMENT**
By submission of this request along with the duly signed Power of Attorney and Appendix A, the undersigned respectfully requests to be appointed as the new attorney of record in connection with the applications and registrations as set forth in attached Appendix A.

By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record:

**Attorney Section (proposed):**
Gary W. Donohue of Dinsmore & Shohl LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
Suite 1900
755 West Big Beaver Road
Troy, Michigan 48084
United States
248-647-6000
248-647-5210
gary.donohue@dinsmore.com
Other Appointed Attorney(s): April L. Besl, Grant Monachino, Jim Dimitrijevs, Tamara Head, Karen Gaunt, Michael Frey, Jessica Goedel,

James Theo, Luke Curran, Kayla McCormick, Andrew Hilton, Jeremy Justice, Mark Schneider, Luca L. Hickman, Kristina Schiavone, Nivita Beri, Alia Hussain, Liane Rousseau, Nainika Ravichandran and all other attorneys associated with Dinsmore & Shohl LLP

Docket Reference Number(s): 08TKCA17619T

Gary W. Donohue submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
Adam D. Siegartel
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademark@proskauer.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED
Docket Reference Number(s): 20496-696

**Correspondence Section (proposed):**
Gary W. Donohue
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: gary.donohue@dinsmore.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@dinsmore.com; shelly.burchfield@dinsmore.com
Docket Reference Number(s): 08TKCA17619T

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**Original PDF file:**
hw_661926434-072506450_._1_Power_of_Attorney_w_APPENDIX_A.pdf
**Converted PDF file(s)** (2 pages)
Signature File1
Signature File2
Signatory's Name: Gary W. Donohue
Signatory's Position: Attorney of Record - Michigan Bar Member
Signatory's Phone Number: 248-677-6000
Signature method: Handwritten

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 76539906
Internet Transmission Date: Fri Nov 08 13:01:38 ET 2024
TEAS Stamp: USPTO/CAR-XX.XXX.XX.XX-20241108130138879
180-74162510-8507fde457cb19c293feefd368e
317383134a934b81b5aacd1aa1e55f49d3f2f0ba
-N/A-N/A-20241108125909328173

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

POWER OF ATTORNEY

ThyssenKrupp AG and its subsidiaries and entities, as of _____April 5\_\_, 2024 (the "Effective Date"), appoints Gary W. Donohue, April L. Besl, Grant Monachino, Jim Dimitrijevs, Tamara Head, Karen Gaunt, Govinda Davis, Michael Frey, Jessica Goedel, James Theo, Luke Curran, Kayla Tyler, Andrew Hilton, Nivita Beri, Mark Schneider, Kristina Schiavone and all other attorneys associated with Dinsmore & Shohl LLP, to transact trademark matters on its behalf in relation to the U.S. trademark applications and registrations attached herewith as Appendix A, in the U.S. Patent and Trademark Office in connection therewith, with full power of substitution and revocation.

As of the Effective Date, all communications and inquiries relating to the matters referenced above should be addressed to Gary W. Donohue at gary.donohue@dinsmore.com with copies to shelly.burchfield@dinsmore.com or by using the firm address set out in the previous paragraph.

Respectfully Submitted,

**ThyssenKrupp AG**

_____
(Signature)

Name: \_\_\_\_\_Dr. Claudia Pappas\_\_\_\_\_   Tanja Evers
                                                                  Attorney at Law
Title: \_\_\_\_\_authorized officer\_\_\_\_\_   (company lawyer)

Date: \_April 5, 2024_____

1

# APPENDIX A

| Mark | Application Number | Registration Number |
|---|---|---|
| SEA SCAN | 74162510 | 1719938 |
| CERBERUS | 78679282 | 3405336 |
| ATLAS ELEKTRONIK | 86516348 | 5116831 |
| ENGINEERING.TOMORROW.TOGETHER. THYSSENKRUPP Logo & Design | 87111594 | 6019180 |
| ThyssenKrupp | 75843161 | 2809644 |
| THYSSENKRUPP | 75688656 | 2894021 |
| KonzernLogo Klingelknopf B 2009 (s/w) | 76539906 | 2975245 |
| ThyssenKrupp | 76539905 | 3038951 |
| THYSSENKRUPP Ultra 7 Mold Plate | 86439690 | 5004100 |
| BERCO | 72286052 | 0871242 |
| Black Hawk | 78456896 | 2995279 |
| ZoneControl | 86324503 | 4814237 |
| BILSTEIN GAS PRESSURE SHOCK ABSORBERS | 74460604 | 1937766 |
| ROTEK | 72217403 | 0804202 |
| RD Rollix | 73073135 | 1133972 |
| DEFONTAINE | 76427793 | 3898291 |
| Rothe Erde | 76496324 | 2866203 |
| DIAPOL | 76381474 | 2841006 |
| Uhde High Pressure Technologies | 76545528 | 3684744 |
| MTR | 78/883412 | 3394947 |
| COPPER AND BRASS SALES "SNAPPY SERVICE" | 78931622 | 3244765 |