# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

In the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

**MELINDA SMITH**

In re / V.

**ATLAS NORTH AMERICA, LLC, ET AL**

SERVICE OTHER THAN BY VIRGINIA SHERIFF

STATE/COMMONWEALTH OF:

VA

}} CASE NO:
}}
}} **4:23-cv-00095-AWA-RJK**

---

**THYSSENKRUPP AG**
**C/O OFFICE OF THE CLERK, STATE CORPORATION COMMISSION**
**1300 E. MAIN STREET, RICHMOND, VA 23219**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:     **2/27/2025 @ 10:09 AM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:
**TRACY JOHNSON**

Dated: 2/28/2025      Signature
Name: DONNIE SUTTON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
DONNIE SUTTON
who is personally known to me.
Date: 2/28/2025
My commission expires: 1/31/2027

Signature of Notary Public:   JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2027

HESTER SERVICES, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DUNCAN BYERS

540380 - 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00095-AWA-RJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thyssen Krupp AG
was received by me on *(date)* 2/7/25

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tracey Johnson, who is designated by law to accept service of process on behalf of *(name of organization)* Office of the Clerk, State Corporation Commission on *(date)* 2.27.25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3-3-25

Server's signature

Donnie Sutton Process Server
Printed name and title

Yorktown Dr Poquoson Va 23662
Server's address

Additional information regarding attempted service, etc: