H. A. S. I., ph 757.868.5833 and fax 757.868.5832 or 31 **SERVICE UPDATE(S)**  TO: **DUNCAN BYERS**
FIRM: **BYERS LAW**

Style of Case: MELINDA SMITH v. ATLAS NORTH AMERICA, LLC, ET AL
in the: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA     Case # 4:23-cv-00095-AWA-RJK
Issue Date: 2/7/2025     Return / Court Date:     3/10/2025  YOUR #:
Docs Being Served: SUMMONS IN A CIVIL ACTION
COMPLAINT

**Our Control #:   540380 - 1**        Service Attempted: 3/4/2025        Time: 2:57 PM
Person / Company To Be Served:     **THYSSENKRUPP   AG**

Address:  208 GOLDEN OAK CT, STE 415, VIRGINIA BEACH VA, 23452
Service Attempted  NOT FOUND          Accepted By:

NOTES   ***ONHOLD***THIS AMT CONSULTING PER STEPHEN CUPKA THEY DON'T KNOW WHAT THIS BUSINESS IS AND HAVE NO DEALINGS WITH IT PLEASE ADVISE

Attempts  (NA - No Answ, N/A - Not Avail):     2/12 11:30A-, NA, NL 2/13 3:48P-, NA, NL-CLOSED 2/24 11:25A-, NA CLOSED 2/25 11:18A-, NA, NL CLOSED
*********************************************************************************************************************