| | |
|---|---|
| **From:** | David Ludwig |
| **To:** | Duncan Byers |
| **Cc:** | David Trinnes |
| **Subject:** | RE: [EXT] RE: [EXT] RE: [EXT] Smith v. Atlas et al. |
| **Date:** | Wednesday, April 23, 2025 5:31:05 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Duncan,

You are grasping at straws. Rachel is acting as in-house counsel for Atlas North America. Which you well know because she was supposed to attend the settlement conference in this matter on behalf of Atlas before you derailed it.

Best regards,

**David Ludwig**

**DUNLAP BENNETT & LUDWIG**

**T:** 800.747.9354  D: 571-252-3310

**From:** Duncan Byers <dbyers@dbyerslaw.com>
**Sent:** Wednesday, April 23, 2025 1:33 PM
**To:** David Ludwig <dludwig@dbllawyers.com>
**Cc:** David Trinnes <dtrinnes@dbllawyers.com>
**Subject:** [EXT] RE: [EXT] RE: [EXT] Smith v. Atlas et al.
**Importance:** High

I need some clarification from you.  In your letter of March 19, you stated "I ask you to make no further efforts to communicate directly with representatives of my client. . ."  The only thing being discussed in your letter is the waiver sent to Rachel Morris.  Rachel Morris is not a representative of your client Atlas; she is in-house counsel for ThyssenkruppAG according to the Florida Bar and her own LinkedIn page.  So you can't be referring to her, right?

**Duncan G. Byers**

**BYERS LAW**

1769 Jamestown Road, Suite 120

Williamsburg, Virginia 23185

Direct and Text:    757.317.2779

Facsimile:            757.231.3797

Email: dbyers@dbyerslaw.com

_____

https://www.linkedin.com/in/duncangbyers/

