IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

MELINDA SMITH,

       Plaintiff,

v.                                      Civil Action No. 4:23cv95

ATLAS NORTH AMERICA, LLC

and

THYSSENKRUPP AG

       Defendants.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE PROCESS**

COMES NOW Plaintiff Melinda Smith ("Smith" or "Plaintiff"), by and through counsel and for her Motion for Extension of Time to Serve Process pursuant to Fed. R. Civ. P.(f)(1), (h)(2), (m), and this Court's Order of July 16, 2025 (Dkt. 62) states as follows:

## I.     PROCEDURAL HISTORY

Plaintiff came before the Court on her Motion for a Finding by The Court that Defendant ThyssenkruppAG has Been Properly Served Plaintiff's Amended Complaint (Dkt. 48) and the Court heard that and related matters raised by Defendants (*See* Dkt. 51).  Upon consideration of the same the Court entered an Order (Dkt. 62) granting time to serve process, including leave to file for an extension of time to serve process on defendant Thyssnekrupp AG via the Hague Convention given the additional time necessary to obtain service on a foreign defendant.  The Court provided a 90-day extension of time to service process domestically and leave to file for

extension of time to serve pursuant to the Hague Convention (Dkt. 62) depending upon the means that Plaintiff employed to serve process on defendant Thyssenkrupp AG.

## II.    FACTS

In the time since the Court's Order of July 16, 2025, Plaintiff attempted to serve Thyssenkrupp AG via Thyssenkrupp AG's in-house counsel resident in Florida, United States, as well as service on counsel for Thyssenkrupp AG through counsel that Plaintiff has argued is and continues to represented Thyssenkrupp AG in this matter. Those attempts have been rebuffed and/or failed, including through what one the face of them appear to be material misrepresentations by both Florida counsel and Virginia Counsel for ThyssenKrupp, AG.

As a result, Plaintiff has engaged an independent process server to serve defendant ThyssenKrupp AG through the structure of the Hague Convention.

## III.    CONCLUSION

Given Plaintiffs' continued and unsuccessful attempts to serve defendant Thyssenkrupp AG by and through its counsel within the United States, Plaintiff has opted to utilize the Hague Convention for the service of process on ThyssenKrupp, AG, has engaged professional services to obtain the same, and pursuant the Court's Order of July 16, 2025, seeks an extension of time as provided for under the Federal Rules of Civil Procedure and the Court's Order of July 16, 2025, for service of process on defendant Thyssenkrupp, AG.

WHEREFORE Plaintiff Melinda Smith respectfully requests that the Court enter an Order pursuant to Fed. R. Civ. P.(f)(1), (h)(2), (m), and this Court's Order of July 16, 2025, granting Plaintiff an extension of time to serve defendant ThyssenKrupp, AG, by and through the Hague Convention and the statutes and Rules guiding that process.  Plaintiff reserves the right to seek attorneys' fees, costs, and monetary damages for the behavior of Defendants requiring

additional costs and delays for Plaintiff obtaining service of process on Defendant ThyssenKrupp AG.

        Dated: October 14, 2025

        MELINDA SMITH

        By :/s/ Duncan G. Byers
        Of Counsel
        Duncan G. Byers, Esq.
        Va. Bar ID #48146
        BYERS LAW
        1769 Jamestown Road, Suite 120
        Williamsburg, VA  23185
        Telephone: (757) 317-2779
        Facsimile:  (757) 231-3797
        dbyers@dbyerslaw.com
        *Counsel for plaintiff Melinda Smith*

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of October 2025, I filed the foregoing via CM/ECF which will electronically serve notice of the filing on the following counsel of record:

David Ludwig (VSB #73157)
David Trinnes (VSB #81027)
DUNLAP BENNETT & LUDWIG
211 Church St. SE
Leesburg, Va.  20175
Phone 703.777.7319
Fax    703.777.3656
dludwig@dbllawyers.com
dtrinnes@dbllawyers.com
*Attorneys for Defendant Atlas North America, LLC*

        /s/ Duncan G. Byers
        Of Counsel
        Duncan G. Byers, Esq.
        Va. Bar ID #48146
        BYERS LAW
        1769 Jamestown Road, Suite 120
        Williamsburg, VA  23185
        Telephone: (757) 317.2779
        Facsimile:  (757) 231.3797

dbyers@dbyerslaw.com
*Counsel for plaintiff Melinda Smith*

4